**FILED**

-11-20-01   2:39pm
Date                Time

CLERK, U S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: _____

6:01-cv-1366-ORL-31AB

H.T.E., INC.,

      Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

      Defendant.

_____/

## DEFENDANT, TYLER TECHNOLOGIES, INC.'S, NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, TYLER TECHNOLOGIES, INC. ("Tyler"), pursuant to 28 U.S.C. §1441 *et seq.* and 28 U.S.C. §1332, files this Notice of Removal and hereby removes that certain case filed in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, Case No. 01-CA-2432-16-W, to the United States District Court for the Middle District of Florida, Orlando Division.  In support of this Notice of Removal, Tyler states as follows:

1.     Plaintiff, H.T.E., Inc. ("H.T.E."), instituted an action against Tyler in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, as Case No. 01-CA-2432-16-W.

2.     This Notice of Removal is based upon the diversity of citizenship jurisdiction of this Court pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441.

3.     At all times material hereto, Plaintiff, H.T.E., was a domestic corporation organized and existing under the laws of the State of Florida, with its principal place of business in Seminole County, Florida.

4.     At all times material hereto, Defendant, Tyler, was a foreign corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Dallas, Texas.

5.     Complete diversity of citizenship exists between Plaintiff, H.T.E., and Defendant, Tyler, since Plaintiff is a Florida corporation and Defendant is a Delaware corporation and has its principal place of business in Dallas, Texas.  28 U.S.C. §1441(b).

6.     Removal to the Orlando Division of this Court is proper because this action is being removed from the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida.  28 U.S.C. §1441(a), M.D. Fla. L.R. 4.02(a) and 1.02(b)(3).

7.     A fair reading of the Complaint indicates that the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, because Plaintiff is seeking a declaration that it is entitled to redeem 5,619,932 shares of stock in H.T.E. held by Defendant, Tyler, at a redemption price of $1.30 per share and supplemental relief to enforce that redemption.  As is shown by Exhibit "D" to the Complaint:  (1) Tyler contests any right of H.T.E. to redeem the shares, thereby

creating an amount in controversy of $7,305,911.60; (2) assuming arguendo that H.T.E. has any right of redemption, Tyler contends that it would be limited to only those shares in excess of 20% of the issued and outstanding stock, thereby creating an amount in controversy of at least $4,409,706.08; and (3) Tyler disputes that $1.30 per share is the "fair value" (the current market price is approximately $1.90 per share) and, given the 5,619,932 shares involved, an increase in the per share value of less that 1.5 cents results in an amount in controversy in excess of $75,000.00.

8.    To the best of Tyler's knowledge and belief, Plaintiff, H.T.E., will claim that the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and, therefore, the requisite jurisdictional amount, as required by 28 U.S.C. §1441 *et seq.* and 28 U.S.C. §1332 has been met.

9.    This Notice of Removal has been timely filed and without waiver by Defendant, Tyler, within thirty (30) days after service of the Complaint on Defendant, Tyler, as required by 28 U.S.C. §1446(b).   A copy of all process, pleadings and other papers served upon Defendant, Tyler, in this action are attached hereto, as required by 28 U.S.C. §1446(a), as Composite Exhibit "A".

10.    In accordance with 28 U.S.C. §1446(d), concurrent with the filing of this Notice of Removal, Defendant, Tyler, has filed with the Clerk of the Circuit Court, Eighteenth Judicial Circuit, in and for Seminole County, Florida, a true and correct copy of this Notice of Removal, and Defendant, Tyler, has also provided the Plaintiff with notice.

11.    The undersigned attorney is authorized by Defendant, Tyler, to file this Notice of Removal, is licensed to practice law in the State of Florida, and is a member of the Bar of the Court.

William B. Wilson, Esquire
Florida Bar No.  153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526
Phone:  (407)425-8500
Fax:  (407)244-5288
Attorneys for Defendant,
Tyler Technologies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail this _20_ day of November, 2001, to Tucker H. Byrd, Esquire, Greenberg Traurig, P.A., 450 S. Orange Avenue, Suite 650, Orlando, FL 32801.

William B. Wilson, Esquire

ORL1 #688803 v1

4

**IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY,
FLORIDA**

H.T.E., Inc.

v.

TYLER TECHNOLOGIES, INC.

CASE NO.:
DIVISION:

01-CA-2432-16-W

---

## SUMMONS

**TO EACH SHERIFF OF THE STATE:**

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint on the Defendant:

TYLER TECHNOLOGIES, INC. *
by serving its President and Chief Executive Officer, C.A. Rundell, Jr.
2121 San Jacinto Street
Suite 3200
Dallas, Texas 75201

## IMPORTANT

The Defendant is required to serve written defenses to the Complaint on Tucker H. Byrd, Plaintiff's attorney, whose address is 111 N. Orange Avenue, Suite 2050, P.O. Box 4923, Orlando, FL 32802-4923, within 20 days after service of this Summons on the Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

DATED on ___OCT 30 2001___, 2001

MARYANNE MORSE, CLERK
Clerk of the Court

(COURT SEAL)

BY: _Deborah Conant_
As Deputy Clerk

*By serving
(a)    The president or vice president, or other head of the corporation;
(b)    In the absence of any person described in paragraph (a), on the cashier, secretary, secretary, secretary, or general manager;
(c)    In the absence of any person described in paragraph (a) or paragraph (b), on any director; or
(d)    In the absence of any person described in paragraph (a), paragraph (b), or paragraph (c), on any officer or business agent residing in the State.

10-31-01
_Steve_

# EXHIBIT A

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Clerk of the Circuit Court, 301 N. Park Avenue, Sanford, FL 32771-1292, Telephone (407) 665-4335, within 2 working days of your receipt of this Summons: if you are hearing impaired, call 1-800-955-8771; if you are voice impaired, call 1-800-955-8770.

\\srv01\HUGGINS\A175808v01\1\J0\0\G2316.010000



**IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY,
FLORIDA**

**H.T.E., Inc., a Florida corporation,**

    **Plaintiff,**

**v.**                      **CASE NO.: 01-CA-2432-16-W**

**TYLER TECHNOLOGIES, INC., a
Delaware corporation,**

    **Defendant**

---

<u>**NOTICE OF CHANGE OF ADDRESS**</u>

    YOU ARE NOTIFIED that the undersigned attorney for Plaintiff, H.T.E., INC., has

changed his address effective November 12, 2001 to:

**Tucker H. Byrd
Greenberg Traurig, P.A.
450 South Orange Avenue
Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 841-1295**

    All future pleadings, correspondence, and other papers should be directed to counsel's

new address.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this 7th day of November, 2001 to H. Lynn Moore, Jr., Esq., Vice President, General Counsel, and Secretary, TYLER TECHNOLOGIES, INC., 5949 Sherry Lane, Suite 1400, Dallas, Texas 75225.

GREENBERG TRAURIG, P.A.
Attorneys for H.T.E.
111 North Orange Avenue, 20th Floor
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 841-1295

By: _____
Tucker H. Byrd, Esq.
Florida Bar No. 38163

\\orl-srv01\BYRDT\176365v01\3S3101!.DOC\11/7/01\22316.010000

2