UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: _____

6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

### DEFENDANT, TYLER TECHNOLOGIES, INC.'S, NOTICE OF FILING NOTICE OF REMOVAL OF CIVIL ACTION

You are hereby notified that the attached copy of the Notice of Removal to the United States District Court for the Middle District of Florida, Orlando Division, has been filed with the Clerk of the Court for the United States District Court, Middle District of Florida, Orlando Division, at 80 North Hughey Avenue, Orlando, Florida 32801 on November 20, 2001.

You are further hereby notified that this Notice of Filing Notice of Removal incorporates by reference all of the requirements of 28 U.S.C. §1446. Defendant has filed a copy of the Notice of Removal with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida. As a result of that filing, the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole

County, Florida is prohibited from proceeding further in this action, unless and until this action is remanded.

*[signature]*
William B. Wilson, Esquire
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526
Phone: (407)425-8500
Fax: (407)244-5288
Attorneys for Defendant,
Tyler Technologies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail this 20th day of November, 2001, to Tucker H. Byrd, Esquire, Greenberg Traurig, P.A., 450 S. Orange Avenue, Suite 650, Orlando, FL 32801.

*[signature]*
William B. Wilson, Esquire

ORL1 #688805 v1

2