IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY,
FLORIDA

CASE NO.: 01-CA-2432-16-W

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

## NOTICE OF FILING AFFIDAVIT OF H. LYNN MOORE, JR.

Defendant, TYLER TECHNOLOGIES, INC., by and through its undersigned attorneys, hereby gives notice of filing the original Affidavit of H. Lynn Moore, Jr.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail this 20th day of November, 2001, to Tucker H. Byrd, Esquire, Greenberg Traurig, P.A., 450 S. Orange Avenue, Suite 650, Orlando, FL 32801.

William B. Wilson, Esquire
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526
Phone: (407)425-8500
Fax: (407)244-5288
Attorneys for Defendant,
Tyler Technologies, Inc.

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY,
FLORIDA

CASE NO.: 01-CA-2432-16-W

H.T.E., INC.,

  Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

  Defendant.
_____/

## AFFIDAVIT OF H. LYNN MOORE, JR.

STATE OF TEXAS

COUNTY OF DALLAS

  BEFORE ME, the undersigned authority, personally appeared H. LYNN MOORE, JR., who, being first duly sworn, deposes and says:

  1. At all times material I have been employed by the defendant in this action, Tyler Technologies, Inc., a Delaware corporation ("Tyler"), in the capacity of Vice-President and General Counsel, and I have personal knowledge of the facts stated in this affidavit.

  2. Tyler is a corporation organized under the laws of the state of Delaware.

  3. Tyler has its only office for the transaction of business located at 5949 Sherry Lane, Suite 1400, Dallas, Texas.

  4. Tyler does not have any offices, employees, agents or representatives located in the state of Florida.

5.  Tyler does not offer for sale or engage in the solicitation for sale of any products in the state of Florida and does not do any business or conduct or engage in any activities in the State of Florida.

6.  Tyler owns all of the stock of some separate corporations that do business in the state of Florida (the "Subsidiaries"), but none of the Subsidiaries owns any of the stock in H.T.E. that is the subject matter of this action, and none of the Subsidiaries has had any involvement with any H.T.E. stock or the subject matter of this action.

7.  The relationship between Tyler and the Subsidiaries is such that: (a) their officers and directors are not identical; (b) their employees are entirely separate and independent; (c) their accounting systems are maintained separately and independently; (d) their books and records are maintained separately and independently; (e) their budgets and business plans are separate and independent; and (f) the officers, directors and management of Tyler do not meet with the officers, directors or management of the Subsidiaries in Florida.

8.  Tyler does not maintain control over the decisions or operations of the Subsidiaries, and the activities of the Subsidiaries in Florida are not the activities of Tyler.

9.  The amount in controversy in this action is in excess of $75,000.00, whether you compute it (a) on the basis of whether or not H.T.E. has any right of redemption of the H.T.E. common stock held by Tyler, or (b) on the basis that if H.T.E. has a such right of redemption it is limited to 20% of the issued and outstanding voting stock of H.T.E., or (c) on the basis that the

"fair value" of the H.T.E. stock owned by Tyler Technologies, Inc. is significantly in excess of $1.30 a share.

10. Any payments made by H.T.E. to Tyler in connection with the redemption of any of the common stock of H.T.E. owned by Tyler would have to be made to Tyler at its only office, which is located in Dallas, Texas.

11. The common stock of H.T.E. that is owned by Tyler Technologies, Inc. is held in Dallas, Texas.

FURTHER AFFIANT SAYETH NOT.

_____
H. Lynn Moore, Jr.

The foregoing instrument was acknowledged before me this 19th day of November, 2001 by H. Lynn Moore, Jr., who is personally known to me and who did take an oath.

_____
Signature of Person Taking Acknowledgment
Print Name: ANNE E. PATTON
Title: Notary Public
Serial No. (if any)_____
Commission Expires: 12·06·03

ANNE E. PATTON
Notary Public, State of Texas
My Commission Expires
December 06, 2003

ORL1 #689440 v1

3