
# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407-835-4200
www.flmd.uscourts.gov



Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando Division Manager

**H.T.E., INC., a Florida corporation,**

**Plaintiff,**

-vs-     Case No.: **6:01-cv-1366-Orl-31DAB**

**TYLER TECHNOLOGIES, INC., a Delaware corporation,**

**Defendant.**

---

## NOTICE OF REMOVAL

**NOTICE OF REMOVAL:** On November 20, 2001, your case was received and docketed in the Orlando Division of the United States District Court for the Middle District of Florida.

**NOTICE OF JUDICIAL ASSIGNMENT:** In accordance with the random case assignment system employed within this Division, your case was assigned to the Honorable Gregory A. Presnell for all further proceedings.

**NOTICE OF NEW CASE NUMBER:** Upon receipt and docketing of your case into the Orlando Division, the Court changed your case number as indicated above.

In the future, all pleadings must contain the **NEW CASE NUMBER**. Failure to comply may result in the pleadings being misfiled or **RETURNED TO YOU WITHOUT FURTHER ACTION**.

SHERYL L. LOESCH, CLERK

By: J. McClung, Deputy Clerk

Copies furnished to:

Counsel of Record

Date Printed: 11/21/2001


Notice sent to:

    ___  Tucker H. Byrd, Esq.
         Greenberg Traurig, P.A.
         450 N. Orange Ave., Suite 650
         P.O. Box 4923
         Orlando, FL  32802-4923

    ___  William B. Wilson, Esq.
         Holland & Knight, LLP
         200 S. Orange Ave., Suite 2600
         P.O. Box 1526
         Orlando, FL  32802-1526