UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

H.T.E., INC., a Florida corporation,

Plaintiff,

v.   Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

Defendant.

## RELATED CASE ORDER AND TRACK TWO NOTICE

It is hereby **ORDERED** that, no later than eleven days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(c), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track Two** case. All parties must comply with the requirements established in Local Rule 3.05 for Track Two cases. Counsel and any unrepresented party shall meet within sixty days after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management Report **on or before Monday, February 4, 2002.** The parties shall utilize the **attached** Case Management Report form. Unless otherwise ordered by the Court, a party may not seek discovery from any source before the meeting. Fed. R. Civ. P. 26 (d); Local Rule 3.05(c)(2)(B). *Plaintiff is responsible for serving a copy of this notice and order with attachments upon each party no later than eleven days after appearance of the party.*

November 26, 2001

| | |
|---|---|
| __PATRICIA C. FAWSETT__<br>Patricia C. Fawsett<br>United States District Judge | __ANNE C. CONWAY__<br>Anne C. Conway<br>United States District Judge |
| __JOHN ANTOON II__<br>John Antoon II<br>United States District Judge | __GREGORY A. PRESNELL__<br>Gregory A. Presnell<br>United States District Judge |
| __GEORGE C. YOUNG__<br>George C. Young<br>Senior United States District Judge | __G. KENDALL SHARP__<br>G. Kendall Sharp<br>Senior United States District Judge |
| __DAVID A. BAKER__<br>David A. Baker<br>United States Magistrate Judge | __JAMES G. GLAZEBROOK__<br>James G. Glazebrook<br>United States Magistrate Judge |
| __KARLA R. SPAULDING__<br>Karla R. Spaulding<br>United States Magistrate Judge | |

Attachments:  Notice of Pendency of Other Actions [mandatory form]
Case Management Report [mandatory form]
Magistrate Judge Consent / Letter to Counsel
Magistrate Judge Consent Form / Entire Case
Magistrate Judge Consent / Specified Motions
Public Notice Regarding Local Rules
Public Notice Regarding PACER
Orlando Division Telephone List

Copies to:

Tucker H. Byrd
Greenberg Traurig, P.A.
450 N. Orange Ave., Suite 650
P.O. Box 4923
Orlando, FL 32802-4923

William B. Wilson
Holland & Knight, LLP
200 S. Orange Ave., Suite 2600
P.O. Box 1526
Orlando, FL 32802-1526