

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

H.T.E., INC.,

    Plaintiff,

vs.                                   CASE NO. 6:01-CV-1366-ORL- 31DAB

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

John W. Foster, Sr. and Jerry R. Linscott of the law firm of Baker & Hostetler LLP, are hereby substituted as counsel of record in place of Tucker H. Byrd and Greenberg, Traurig, P.A. for Plaintiff, H.T.E., Inc. All pleadings and other papers filed herein should hereafter be served upon John W. Foster, Sr., Esquire at Baker & Hostetler LLP, 200 South Orange Avenue, Suite 2300, Post Office Box 112, Orlando, Florida 32802-0112.

DATED this 6th day of December, 2001.

10

| | |
|---|---|
| GREENBERG, TRAURIG, P.A.<br>450 South Orange Avenue<br>Suite 650<br>Orlando, Florida 32801<br>Telephone: (407) 420-1000<br>Telecopier: (407) 841-1295 | BAKER & HOSTETLER LLP<br>2300 Sun Trust Center<br>200 South Orange Avenue<br>Post Office Box 112<br>Orlando, Florida 32802-0112<br>Telephone: (407) 649-4000<br>Telecopier: (407) 841-0168 |
| By: _____<br>Tucker H. Bryd, Esq.<br>Florida Bar No. 38163 | By: _____<br>John W. Foster, Esq.<br>Florida Bar No. 318620 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Substitution of Counsel has been furnished by U.S. Mail, postage prepaid, this 6th day of December, 2001, to William B. Wilson, Esquire, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Orlando, FL 32801.

_____
John W. Foster, Sr.