FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

01 DEC -7 PM 3: 49

CLERK... ...URT
MIDDLE DI... ... FLORIDA
ORLANDO, FLORIDA

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.

_____/

## DEFENDANT, TYLER TECHNOLOGIES, INC.'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, TYLER TECHNOLOGIES, INC., through its undersigned attorneys, hereby discloses the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    (a)    H.T.E., Inc., a Florida corporation, Plaintiff

    (b)    Baker & Hostetler, LLP, attorney for H.T.E., Inc.
            John W. Foster, attorney for H.T.E., Inc.
            Jerry R. Linscott, attorney for H.T.E., Inc.

    (c)    Tyler Technologies, Inc., a Delaware corporation, Defendant

    (d)    Holland & Knight LLP, attorneys for Tyler Technologies, Inc.
            William B. Wilson, attorney for Tyler Technologies, Inc.

    (e)    William D. Oates, stockholder in Tyler Technologies, Inc.

    (d)    Subsidiaries of Tyler Technologies, Inc.:

        (1)    Appraisal Records Services, Inc.
        (2)    Automated Records Services, Inc.
        (3)    Cole Layer Trumble Company
        (4)    Computer Management Services, Inc.
        (5)    Eagle Computer Systems, Inc.
        (6)    Fundbalance, Inc.
        (7)    Gemini Systems, Inc.
        (8)    Interactive Computer Designs, Inc.
        (9)    Process, Inc., d/b/a Computer Center Software
        (10)    The Software Group, Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None other than the parties, H.T.E., Inc. and Tyler Technologies, Inc.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

William B. Wilson, Esquire
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526
Phone: (407)425-8500
Fax: (407)244-5288
Attorneys for Defendant,
Tyler Technologies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail this 7th day of December, 2001, to John W. Foster, Esquire, Baker & Hostetler LLP, 2300 Sun Trust Center, 200 South Orange Avenue, Orlando, FL 32802-0112.

William B. Wilson, Esquire

ORL1 #693032 v1