NIGHT BOX FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:01-CV-1366-ORL-31DAB

H.T.E., Inc., a Florida corporation,

    Plaintiff,

v.

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

    Defendant

GRANTED and SO ORDERED this 14th day of December, 2001.

_____
DAVID A. BAKER
U.S. MAGISTRATE JUDGE

## PLAINTIFF'S UNOPPOSED EMERGENCY MOTION FOR ENLARGEMENT OF TIME AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT

Plaintiff, H.T.E., Inc., ("HTE"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby files this unopposed emergency motion for enlargement of time and incorporated memorandum of law in support requesting that the time for HTE to file a memorandum in opposition to the Defendant, TYLER TECHNOLOGIES, Inc.'s ("Tyler"), Motion to Quash Service of Process and to Dismiss Complaint for Lack of Personal Jurisdiction and Venue ("Motion to Dismiss") be extended up through and including December 21, 2001.

### INTRODUCTION

On October 30, 2001, HTE filed a Complaint against Tyler in the Circuit Court of the Eighteenth Judicial Circuit, Seminole County, Florida. On November 20, 2001, Tyler filed a Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1332 removing the case to the United District Court for the Middle District of Florida. Additionally, Tyler filed its Motion to Dismiss. Pursuant to Local Rule 4.02(c), Tyler filed and served (by U.S. Mail) a memorandum of law in

SCANNED

support of its Motion to Dismiss on November 30, 2001. Therefore, HTE's memorandum in opposition to Tyler's Motion to Dismiss would be due to be served and filed on December 17, 2001; however, for the following reasons, HTE is requesting a four-day extension of time in which to file and serve its memorandum in opposition to the Motion to Dismiss.

## DISCUSSION

HTE's lead counsel in this case is John W. Foster, Sr. of Baker and Hostetler, LLP. On Tuesday December 11, 2001, Mr. Foster's daughter underwent surgery to her neck for removal of, as it turned out, an infected lymph node. Although the surgery was relatively minor, his work schedule was nevertheless detrimentally impacted.

Additionally, Mr. Foster had various matters which surfaced and required his attention in connection with other cases for which he is responsible.

Mr. Foster has intimate knowledge of the facts of this case and his input is otherwise necessary for the completion of HTE's memorandum in opposition to the Motion to Dismiss. Mr. Foster's work load, coupled with his daughter's surgery, necessitate the instant request for a four-day extension, in order to ensure that HTE has sufficient time to complete its memorandum in opposition to the Motion to Dismiss.

The instant request for an extension of time is made in good faith and not for the purpose of undue delay. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court has the authority to grant this extension of time. *See*, Wilson v. Transworld System, Inc., 2000 WL 1310658 (M.D. Fla. 2000)(Court granted extension of time upon showing of good cause).

Tyler will not be prejudiced by the granting of this motion. In fact, pursuant to Local Rule 3.01(g), counsel for HTE has contacted counsel for Tyler in a good faith effort to resolve

the issues raised by this motion. Counsel for Tyler does not oppose the relief requested in this motion.

WHEREFORE, Plaintiff, HTE, Inc., respectfully requests that this Court extend the time for HTE to file and serve its memorandum in opposition to Defendant's Motion to Dismiss up to and including December 21, 2001, and to grant any additional relief deemed appropriate under the circumstances.

> BAKER & HOSTETLER LLP
> 2300 SunTrust Center
> 200 South Orange Avenue
> Post Office Box 112
> Orlando, FL 32802-0112
> Attorneys for Plaintiff, H.T.E., Inc.
>
> By: _____
> Robert C. Yee
> Florida Bar No.0096784

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Emergency Motion for Enlargement of Time has been furnished by hand delivery this 14th day of December, 2001, to William B. Wilson, Esquire, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Orlando, FL 32801.

_____
Robert C. Yee

G:\Jwf0370\25944\00001\Pleadings\FEDERAL\Unopposed Motion For Enlarg Time.Doc/

3

Date Printed: 12/17/2001

Notice sent to:

John W. Foster Sr., Esq.
Baker & Hostetler, LLP
200 S. Orange Ave., Suite 2300
P.O. Box 112
Orlando, FL  32802-0112

Jerry Ray Linscott, Esq.
Baker & Hostetler, LLP
200 S. Orange Ave., Suite 2300
P.O. Box 112
Orlando, FL  32802-0112

William B. Wilson, Esq.
Holland & Knight, LLP
200 S. Orange Ave., Suite 2600
P.O. Box 1526
Orlando, FL  32802-1526