# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION



H.T.E., INC., a Florida corporation,

        Plaintiff,

-vs-                                  Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a Delaware corporation,

        Defendant.

## CERTIFICATE OF MAILING

I hereby certify the foregoing Related Case Order and Track Two Notice with Attachments (Doc. No. 7) and the Interested Persons Order (Doc. No. 8) filed on November 26, 2001 were issued to the Plaintiff's New Attorney at the address as listed below on the 17th day of December, 2001.

                William B. Wilson
                Holland & Knight, LLP
            200 S. Orange Ave., Suite 2600
                  P.O. Box 1526
              Orlando, FL 32802-1526

            BY: _Anita Justin_
                  Anita Justin, Deputy Clerk

Copies to:

John W. Foster, Sr.
Jerry Ray Linscott
Baker & Hostetler, LLP
200 S. Orange Ave., Suite 2300
P.O. Box 112
Orlando, FL 32802-0112