UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
01 DEC 21 PM 3: 45
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

        Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

        Defendant.
_____/

## PLAINTIFF, H.T.E., INC.'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, H.T.E., Inc., through its undersigned attorneys, hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    (a)    H.T.E., Inc., a Florida corporation, Plaintiff

    (b)    Baker & Hostetler, LLP, attorney for H.T.E., Inc.
            John W. Foster, attorney for H.T.E., Inc.
            Jerry R. Linscott, attorney for H.T.E., Inc.

    (c)    Tyler Technologies, Inc., a Delaware corporation, Defendant

    (d)    Holland & Knight LLP, attorneys for Tyler Technologies, Inc.
            William B. Wilson, attorney for Tyler Technologies, Inc.

    (e)    Subsidiaries of H.T.E., Inc.:

            HTE-Alberta, Ltd.  f/k/a HTE-Bellamy, Ltd.
            HTE-Kb Systems, Inc.
            HTE-Jalan, Inc.

16

>HTE-Phoenix Systems, Inc.
>HTE-UCS, Inc.
>HTE-Vanguard Systems, Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

>None other than the parties, H.T.E., Inc. and Tyler Technologies, Inc.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

>None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

>H.T.E., Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 21st day of December, 2001.

>BAKER & HOSTETLER LLP
>2300 SunTrust Center
>200 South Orange Avenue
>Post Office Box 112
>Orlando, FL 32802-0112
>Attorneys for Plaintiff, H.T.E., Inc.
>
>By: _____
>    John W. Foster, Sr.
>    Florida Bar No. 318620

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery this 21st day of December, 2001, to William B. Wilson, Esquire, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Orlando, FL 32801.

John W. Foster, Sr.

g:\jwf0370\25944\00001\pleadings\FEDERAL\Interested Persons Disclosure.doc

3