UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
01 DEC 21 PM 3:45
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    **Plaintiff,**

vs.

    TYLER TECHNOLOGIES, INC.,

**Defendant.**
_____/

## PLAINTIFF, H.T.E., INC.'S, REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201, Federal Rules of Evidence, Plaintiff, H.T.E., Inc., by and through its undersigned attorneys, respectfully requests that this Court take judicial notice of the following:

1. The public records filed in that certain case styled <u>Dennis J. Harward and Jack L. Harward v. H.T.E., Inc.</u>, in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, Case No. 99-CA-1195-CA-15-W, including, without limitations, that certain "Order Granting Partial Summary Judgment for H.T.E." dated February 8, 2001, a true and accurate copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

2. That certain certificate of the Florida Secretary of State, a true and accurate copy of which is attached hereto as Exhibit "B" and incorporated herein by reference.

17

Dated this 21st day of December, 2001.

>BAKER & HOSTETLER LLP
>2300 SunTrust Center
>200 South Orange Avenue
>Post Office Box 112
>Orlando, FL 32802-0112
>Attorneys for Plaintiff, H.T.E., Inc.
>
>By: _____
>John W. Foster, Sr.
>Florida Bar No. 318620
>Jerry R. Linscott
>Florida Bar No. 148009
>Robert C. Yee
>Florida Bar No. 0096784

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Request for Judicial Notice has been furnished by hand delivery this 21st day of December, 2001, to William B. Wilson, Esquire, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Orlando, FL 32801.

_____
Robert C. Yee

G:\Jwf0370\25944\00001\Pleadings\FEDERAL\Request For Judicial Notice.Doc

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY,
FLORIDA

CASE NO. 99-CA-1995-CA-15-W

DENNIS J. HARWARD and
JACK L. HARWARD,

        Plaintiffs,

vs.

H.T.E., INC., a Florida corporation,

        Defendant.
_____/

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT FOR DEFENDANT/COUNTERPLAINTIFF

THIS MATTER was heard on the motion for summary judgment, which was filed on January 8, 2001 by the Defendant/Counterplaintiff, H.T.E., Inc. ("THE), and this Court having considered the record, having heard argument of counsel, and being otherwise apprised in its premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The pleadings, depositions, answers to interrogatories, and admissions on file, together with the relevant affidavits, show that there is no genuine issue as to any material fact and that HTE is entitled to partial summary judgment as a matter of law as to the following matters:

    a) The Harwards acted as a group when they purchased the Tyler stock.


EXHIBIT A

b) This purchase constituted a breach of the Harwards' severance agreement with HTE. An issue of fact remains as to whether this breach was excused by some prior breach of HTE.

c) The provision of the Harwards' employment agreement with regard to the purchase of greater than a 5% interest in a competitor is not governed by section 542.335, Fla. Stat. (1999).

DONE AND ORDERED in Chambers in Seminole County, Sanford, Florida, this 8th day of February, 2001.

/s/ James E.C. Perry
_____
James E.C. Perry, Circuit Court Judge

Copies furnished to:

Eli H. Subin, Esq.
200 South Orange Avenue, Suite 2600
Orlando, FL 32802

W.L. Kirk, Jr. Esq. and
Douglas B. Brown, Esq.
Rumberger, Kirk & Caldwell
Signature Plaza, Suite 300
201 S. Orange Avenue
Orlando, FL 32802-1873

John W. Foster, Sr., Esq.
P O Box 112
Orlando, Fl. 32802-0112

this 8th day of February, 2001.

/s/ Donna J. Roberson
_____
Judicial Assistant
staff



# State of Florida

## Department of State

I certify from the records of this office that COLE LAYER TRUMBLE COMPANY was a corporation organized under the laws of Delaware, authorized to transact business in the State of Florida, qualified on November 23, 1999.

The document number of this corporation is F99000006072.

I further certify that said corporation's authority to transact business in the State of Florida was revoked on September 21, 2001.

I further certify that the attached is a listing of the names and addresses of the officers, directors, registered agent and address of the principal place of business for said corporation at the time of revocation.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Nineteenth day of December, 2001



CR2E022 (1-99)

*Katherine Harris*
Katherine Harris
Secretary of State



EXHIBIT B

PLEASE READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM.

**APPLICATION FOR REINSTATEMENT**

FLORIDA DEPARTMENT OF STATE
Katherine Harris
Secretary of State
DIVISION OF CORPORATIONS

FILED
01 JAN 29 PM 2:03
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

DOCUMENT # F99000006072

1. Corporation Name

**COLE LAYER TRUMBLE COMPANY**

| Principal Place of Business | Mailing Address |
|---|---|
| ~~2800 WEST MOCKINGBIRD LANE~~ ~~DALLAS TX 75235~~ | 2800 WEST MOCKINGBIRD LANE DALLAS TX 75235 |

If above addresses are incorrect in any way, line through incorrect information and enter correction below.

2. New Principal Office Address, If Applicable: 3199 Klepinger Road
Suite, Apt. #, etc.
City & State: Dayton, Ohio
Zip: 45406  Country: U.S.A.

3. New Mailing Office Address, If Applicable:

4. Date Incorporated or Qualified To Do Business in Florida: 11/23/1999
5. FEI Number: 75-2646293
6. CERTIFICATE OF STATUS DESIRED ☐

1 000036542 5 1
-02/06/01--01/029--002
****750.00 ****750.00

7. Names and Street Addresses of Each Officer and/or Director (Florida nonprofit corporations must list at least 3 directors)

| Title(s) | Name of Officers and/or Directors | Street Address of Each Officer and/or Director | |
|---|---|---|---|
| PCD | YEAMAN, JOHN M | 2800 WEST MOCKINGBIRD LANE | DALLAS TX 75235 |
| V | MILLER, BRIAN K | 2800 WEST MOCKINGBIRD LANE | DALLAS TX 75235 |
| S | MOORE, H. LYNN JR. | 2800 WEST MOCKINGBIRD LANE | DALLAS TX 75235 |
| T | MILLER, BRIAN K | 2800 WEST MOCKINGBIRD LANE | DALLAS TX 75235 |
| D | OATES, WILLIAM D | 2800 WEST MOCKINGBIRD LANE | DALLAS TX 75235 |
| D | BERRY, BRIAN B | 1120 JUPITER ROAD, SUITE 1000 | PLANO TX 75074 |

8. Name and Address of Current Registered Agent:
~~NRAI SERVICES, INC.~~
~~526 EAST PARK AVENUE~~
~~TALLAHASSEE FL 32301~~

Name: Capitol Corporate Services, Inc.
Street Address: 1333 North Duval St.
City: Tallahassee   State: FL   Zip Code: 32303

REINSTATEMENT

10. I, being appointed the registered agent of the above named corporation, am familiar with and accept the obligations of Section 607.0505, F.S.

Signature of Registered Agent: *SIGNATURE REQUIRED* Delonie Case   Date: 1/5/01

11. I certify that I am an officer or director or the receiver or trustee empowered to execute this application as provided for in chapter 607 or 617, F.S. I further certify that when filing this reinstatement application, the reason for dissolution has been eliminated, the corporate name satisfies the requirements of section 607.0401 or 617.0401, F.S., that all fees owed by the corporation have been paid, and the names of individuals listed on this form do not qualify for an exemption under section 119.07(3)(i), F.S. The information indicated on this application is true and accurate, and my signature shall have the same legal effect as if made under oath.

SIGNATURE: *SIGNATURE REQUIRED*   Date: 12/14/00   Daytime Phone #: 214-902-5080