FILED

01 DEC 21 PM 3: 45

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:01-CV-1366-ORL-31DAB

H.T.E., Inc., a Florida corporation,

    Plaintiff,

v.

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

    Defendant

---

### APPENDIX TO
### MEMORANDUM IN OPPOSITION TO
### MOTION TO QUASH SERVICE OF PROCESS
### AND TO DISMISS COMPLAINT FOR LACK
### OF PERSONAL JURISDICTION AND VENUE

Prepared by:
JOHN W. FOSTER, SR.
Florida Bar No. 318620
BAKER & HOSTETLER, LLP
2300 Sun Bank Center
200 South Orange Avenue
Post Office Box 112
Orlando, Florida 32802-0112
Telephone: (407) 649-4000
Attorneys for Plaintiff

December 21, 2001

*Exhibits filed separately*

19

# APPENDIX TO
# MEMORANDUM IN OPPOSITION TO
# MOTION TO QUASH SERVICE OF PROCESS
# AND TO DISMISS COMPLAINT FOR LACK
# OF PERSONAL JURISDICTION AND VENUE

## INDEX

| Tab | Document |
|-----|----------|
| 1 | 08/17/99: Stock Purchase Agreement between Tyler Technologies and Dennis and Jack Harward (Depo Ex. 4) |
| 2 | 08/17/99: Escrow Agreement between Tyler Technologies, Dennis and Jack Harward, and Holland & Knight LLP (Depo Ex. 7) |
| 3 | 08/13/99: Unanimous Written Consent of the Board of Directors of Tyler Technologies, Inc. (Depo Ex. 8) |
| 4 | 08/20/99: Letter to L.A. Gornto, Jr. from Louis A. Waters (Depo Ex. 10) |
| 5 | 12/14/99: Tyler Technologies SC 13D/A (Depo Ex. 18) |
| 6 | 11/08/99: Letter to Jack Harward and Dennis Harward from Lynn Moore, Jr. (Depo Ex. 48) |
| 7 | 08/20/99: Letter to Holland & Knight, LLP from Louis A. Waters (Depo Ex. 51) |
| 8 | 08/20/99: Letter to L.A. Gornto, Jr. from Louis A. Waters (Depo Ex. 52) |
| 9 | 08/23/99: Letter to Bernard B. Markey from Lynn Moore, Jr. (Depo Ex. 53) |
| 10 | 12/08/99: Letter to L.A. Gornto, Jr. from John M. Yeaman (Depo Ex. 67) |
| 11 | 12/17/99: Letter to L.A. Gornto, Jr. from H. Lynn Moore, Jr. (Depo Ex. 60) |
| 12 | 01/24/00: Letter to Lynn Moore from Louis T.M. Conti (Depo Ex. 64) |
| 13 | 02/01/00: Letter to Bernard Markey from Louis A. Waters (part of Depo Ex. 66) |
| 14 | 08/26/99: Tyler Technologies SC 13D (Depo Ex. 68) |
| 15 | 02/08/01: Order Granting Partial Summary Judgment for Defendant/Counter-plaintiff |
| 16 | 12/19/01: Certificate from the Secretary of State for Cole Layer Trumble Company ("CLT") and Application for Reinstatement |