FILED

01 DEC 21 PM 3: 45

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

H.T.E., INC.,

    **Plaintiff,**

vs.                      CASE NO. 6:01-CV-1366-ORL- 31DAB

TYLER TECHNOLOGIES, INC.,

    **Defendant.**

_____/

## NOTICE OF FILING DEPOSITIONS

PLEASE TAKE NOTICE that, pursuant to Rule 32 and 6(d) of the Federal Rules of Civil Procedure, Plaintiff, H.T.E., Inc., by and through its undersigned attorneys, files the following deposition transcriptions in support of its Memorandum in Opposition to Motion to Quash Service of Process and to Dismiss Complaint for Lack of Personal Jurisdiction and Venue dated December 21, 2001 and Motion to Strike Affidavit of H. Lynn Moore, Jr. and Memorandum of Law in Support dated December 21, 2001:

1.     Horace Lynn Moore, Jr., taken March 2, 2000

2.     Louis A. Waters, taken August 21, 2000

3.     William D. Oates, taken August 21, 2000

4.     John Marr, taken October 19, 2000

Dated this 21st day of December, 2001.

>BAKER & HOSTETLER LLP
>2300 SunTrust Center
>200 South Orange Avenue
>Post Office Box 112
>Orlando, FL 32802-0112
>Attorneys for Plaintiff, H.T.E., Inc.

By: _____
John W. Foster, Sr.
Florida Bar No. 318620
Jerry R. Linscott
Florida Bar No. 148009
Robert C. Yee
Florida Bar No. 0096784

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Deposition Transcripts has been furnished by hand delivery this 21st day of December, 2001, to William B. Wilson, Esquire, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Orlando, FL 32801.

_____
Robert C. Yee

G:\Jwf0370\25944\00001\Pleadings\FEDERAL\Notice Filing Depo Transcripts.Doc