```
 1                              IN THE CIRCUIT COURT OF THE
                                NINTH JUDICIAL CIRCUIT
 2                              ORANGE COUNTY, FLORIDA

 3                              CASE NO. 99-CA-1995-15-B

 4   DENNIS J. HARWARD and    *
     JACK L. HARWARD          *
 5                            *
          Plaintiffs          *
 6                            *
     vs.                      *
 7                            *
     H.E.T., INC., a Florida  *
 8   corporation              *
                              *
 9        Defendant           *

10                          COPY

11   .

12                    ORAL DEPOSITION OF

13                  HORACE LYNN MOORE, JR.

14                       March 2, 2000

15

16          ORAL DEPOSITION OF HORACE LYNN MOORE, JR.,

17   produced as a witness at the instance of the

18   Defendant, and duly sworn, was taken in the above-

19   styled and -numbered cause on the 2nd day of March,

20   2000, from 10:53 a.m. to 2:45 p.m., before Lynn

21   Brooks, CSR in and for the state of Texas, reported by

22   computerized transcription, at the offices of Dickman

23   Davenport, Inc., 3000 Carlisle Street, Suite 113,

24   Dallas, Texas, pursuant to the Florida rules of civil

25   procedure.
```