LOUIS A. WATERS  -  AUGUST 21, 2000

1

```
 1                              IN THE CIRCUIT COURT OF THE
                                NINTH JUDICIAL CIRCUIT
 2                              ORANGE COUNTY, FLORIDA

 3                              CASE NO. 99-CA-1995-15-B

 4   DENNIS J. HARWARD and      *
     JACK L. HARWARD            *
 5                              *
           Plaintiffs           *
 6                              *
     vs.                        *
 7                              *
     H.E.T., INC., a Florida    *
 8   corporation                *
                                *
 9         Defendant            *

10

11

12                    ORAL DEPOSITION OF

13                     LOUIS A. WATERS

14                     AUGUST 21, 2000

15                         COPY

16

17         ORAL DEPOSITION OF LOUIS A. WATERS, produced

18   as a witness at the instance of the Defendant, and

19   duly sworn, was taken in the above-styled and

20   -numbered cause on the 21st day of August, 2000, from

21   11:08 a.m. to 1:03 p.m., before Lynn Brooks, CSR in

22   and for the state of Texas, reported by computerized

23   transcription, at the offices of Tyler Technologies,

24   Inc., 2800 West Mockingbird Lane, Dallas, Texas,

25   pursuant to the Florida rules of civil procedure.
```