WILLIAM D. OATES - AUGUST 21, 2000

```
                              IN THE CIRCUIT COURT OF THE
                              NINTH JUDICIAL CIRCUIT
                              ORANGE COUNTY, FLORIDA

                              CASE NO. 99-CA-1995-15-B

DENNIS J. HARWARD and      *
JACK L. HARWARD            *
                           *
       Plaintiffs          *
                           *
vs.                        *
                           *
H.E.T., INC., a Florida    *
corporation                *
                           *
       Defendant           *
```

COPY

ORAL DEPOSITION OF

WILLIAM D. OATES

August 21, 2000

ORAL DEPOSITION OF WILLIAM D. OATES, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and -numbered cause on the 21st day of August, 2000, from 9:31 a.m. to 10:48 a.m., before Lynn Brooks, CSR in and for the state of Texas, reported by computerized transcription, at the offices of Tyler Technologies, Inc., 2800 West Mockingbird Lane, Dallas, Texas, pursuant to the Florida rules of civil procedure.