```
                                                              1

 1                              Volume: I

 2                              Pages: 1-68

 3                              Exhibits: None

 4      IN THE CIRCUIT COURT OF THE EIGHTEENTH

 5                    JUDICIAL CIRCUIT

 6         IN AND FOR SEMINOLE COUNTY, FLORIDA

 7

 8      Case No. 99-CA-1995-15-B

 9      ----------------------------------------

10      DENNIS HARWARD and JACK L. HARWARD

11                    Plaintiffs,

12      v.

13      H.T.E., INC., a Florida Corporation,

14                    Defendant.

15      ----------------------------------------

16

17              DEPOSITION OF JOHN MARR

18            Thursday, October 19, 2000

19                      11 a.m.

20                  HOLLAND & KNIGHT

21                  18 Tremont Street

22                Boston, Massachusetts

23

24      Reporter: Paulette M. Cook, RPR/RMR
```

FILED 01 DEC 21 PM 3:45 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

JONES, FRITZ & SHEEHAN
617-542-0039