FILED

01 DEC 21 PM 3:45

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

H.T.E., INC.,

    **Plaintiff,**

vs.    CASE NO. 6:01-CV-1366-ORL- 31DAB

TYLER TECHNOLOGIES, INC.,

    **Defendant.**

_____/

## NOTICE OF FILING AFFIDAVITS

PLEASE TAKE NOTICE that, pursuant to Rule 6(d) of the Federal Rules of Civil Procedure, Plaintiff, H.T.E., Inc., by and through its undersigned attorneys, files the following affidavits in support of its Memorandum in Opposition to Motion to Quash Service of Process and to Dismiss Complaint for Lack of Personal Jurisdiction and Venue dated December 21, 2001 and Motion to Strike Affidavit of H. Lynn Moore, Jr. and Memorandum of Law in Support dated December 21, 2001:

1.     L. A. Gornto, Jr.

2.     Bernard B. Markey

3.     Ronald Goodrow

4.     James Timothy Vickers

25

**DATED** this 21st day of December, 2001.

> BAKER & HOSTETLER LLP
> 2300 SunTrust Center
> 200 South Orange Avenue
> Post Office Box 112
> Orlando, FL 32802-0112
> Attorneys for Plaintiff, H.T.E., Inc.
>
> By: _____
> John W. Foster, Sr.
> Florida Bar No. 318620
> Jerry R. Linscott
> Florida Bar No. 148009
> Robert C. Yee
> Florida Bar No.0096784

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Affidavits has been furnished by hand delivery this 21st day of December, 2001, to William B. Wilson, Esquire, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Orlando, FL 32801.

_____
Robert C. Yee

\\ORBDC1\Ordata\Jwf0370\25944\00001\Pleadings\FEDERAL\Notice Filing Affidavits Of Gornto Etc.Doc