## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CASE NO. 6:01-CV-1366-ORL-31DAB**

H.T.E., Inc., a Florida corporation,

    **Plaintiff,**

v.

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

    **Defendant**

_____

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

01 DEC 21  PM 3: 46

FILED

## <u>AFFIDAVIT OF RONALD GOODROW</u>

STATE OF FLORIDA

COUNTY OF SEMINOLE

BEFORE ME, the undersigned authority, personally appeared RONALD GOODROW, who being duly sworn deposes and says:

1.    I am over the age of eighteen, and I have personal knowledge of the facts contained herein.

2.    I am the Executive Vice President of Operations for H.T.E., Inc. ("HTE") and have held this position since August of 2000.

3.    Prior to my employment with HTE, I was employed as a regional manager for the Munis Division of TYLER TECHNOLOGIES, INC. ("Tyler"). I started working for the Munis

28

Division in August of 1999 and continued until approximately August of 2000. As a regional manager for the Munis Division, I was responsible for the sales of Munis Division products and services throughout the southeast region of the United States which included Florida.

4.     While working for the Munis Division I lived in Florida and had staff both in Florida and in Raleigh, North Carolina. The office in Raleigh, North Carolina, which Tyler's web site represents as one of Tyler's regional offices, is a Munis Division office.

5.     During my interview for the position with the Munis Division, I was interviewed by Louis A. Waters, the CEO of Tyler.

6.     It was my understanding that Tyler had a 100 percent interest in its Munis Division as well as its, CLT, FundBalance and Incode Divisions. Tyler directed and controlled the management of its divisions in that the President of the Munis Division, John Marr, Jr., regularly reported to Tyler.

7.     The Munis Division had at least one employee, Robert Britt, who was a sales person for the Munis Division located in the State of Florida.

8.     Mr. Marr, President of the Munis Division, asked me to sit on the board of directors of HTE after Tyler acquired a large number of shares of HTE. Mr. Marr also indicated that I was to be made an officer of HTE if Tyler was successful in restructuring the management of HTE.

9.     Pay checks for all employees of the Munis Division, as well as the other divisions of Tyler, were handled, processed and paid by Process Incorporated.

10.     The phrase "a Tyler Technology Company" was imprinted on all Munis Division business cards and letterhead.


RONALD GOODROW

STATE OF FLORIDA
COUNTY OF SEMINOLE

SWORN TO AND SUBSCRIBED before me this _21st_ day of _December_, 2001, by _Ronald Goodrow_, who is **personally known** to me or has produced _____ _____ as identification.


(Notary Signature)

(NOTARY SEAL)   Candice Dease
MY COMMISSION # CC733801 EXPIRES
April 14, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

_____
(Notary Name Printed)
NOTARY PUBLIC
Commission No. _____

G:\rcy4926\HTE\Pleadings\Affidavit of Ron Goodrow-1.doc

3