UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:01-CV-1366-ORL-3BAB

H.T.E., Inc., a Florida corporation,

Plaintiff,

v.

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

Defendant

## AFFIDAVIT OF JAMES TIMOTHY VICKERS

STATE OF FLORIDA

COUNTY OF SEMINOLE

BEFORE ME, the undersigned authority, personally appeared JAMES TIMOTHY VICKERS, who being duly sworn deposes and says:

1. I am over the age of eighteen, and I have personal knowledge of the facts contained herein.

2. I am the Vice President of Sales and Marketing of HTE, Inc. ("HTE"), and have held this position since March, 2000. I am responsible for the sales and marketing of products and services for HTE throughout the United States and specifically including the State of Florida. I am also responsible for supervising HTE's account executives and monitoring the activities of HTE's competitors. I have been employed by HTE since April 1, 1991.

3. One of HTE's primary competitors is Tyler Technologies, Inc. ("Tyler").

4. Tyler has at least four divisions which I know do business in the State of Florida. Those divisions are the Munis Division, Cole Layer Trumble (CLT) Division, FundBalance Division, and Incode Division.

5. Tyler's Munis Division is a primary competitor of HTE and sells services and software products to local government agencies in the State of Florida. Through monitoring HTE's competition and in fact competing with Tyler, I know that Tyler's Munis Division has sold products and services to the following municipalities in Florida:

>City of Clermont
>Town of Arcadia
>City of Crystal River
>City of Daytona Beach Shores
>Dunellion
>Town of Fruitland Park
>Manalpan
>City of Inverness
>Port St. Joe
>City of Dania
>Port St. Lucie
>City of Winter Springs
>New Smyrna Beach
>City of St. Augustine
>Broward County Sheriffs Department
>Lynn Haven
>Crestview
>Flagler Beach
>Washington County
>Gulf County
>Juno Beach
>Lake Charles Shores
>Sebastian
>North Palm Beach
>Nassau County
>Maderia Beach
>Milton
>South Daytona

6. It is common knowledge in the industry that during the year 2001, Tyler's Munis Division had two sales persons who were permanently located in Florida. Tyler's Munis

2

Division business cards and letterhead, have "a Tyler Technologies Company" label affixed to such business cards and letterhead.

7. Tyler's Munis Division is a member of the Florida Government Finance Officers Association. See attached Florida Government Finance Officers Association 2000 – 2001 Membership Directory attached hereto as Exhibit "A."

8. Tyler's CLT Division has an office located in Bradenton, Florida.

9. On or about June 28, 2001, I received an e-mail, a copy of which is attached hereto as Exhibit "B," regarding Tyler's Cole Layer Trumble (CLT) Division. That e-mail contained an article on the PRN News Wire indicating that "Tyler Technologies, Inc. (NYSE: TYL) announced today that it's Cole Layer Trumble (CLT) Division has successfully completed the installation of its Integrated Assessment System (IAS) software in five sites in Florida." The article further states that "Tyler's client base is nearly 6,000 local government offices in 49 states, Canada and Puerto Rico."

10. I recently located and read an article on the internet relating to Tyler's Incode Division. A copy of this article is attached hereto as Exhibit "C." Tyler's Incode Division is installing one of Tyler's products, Invision, for the City of Bartow, Florida. According to the article, Invision is "Tyler Technologies' Windows based suite of applications designed for local governments." Steve Neeman, President of Tyler's Incode Division, was quoted as saying "these new customers are reflective of the broad market demand for Tyler's Invision product, which is targeted to small and medium size local governments desiring a high quality solution."

11. Tyler's FundBalance Division conducted a regional training session in Florida on November 13 and 14. I have reviewed FundBalance's website. FundBalance, Inc. was acquired

3

by Tyler as explained in an article on FundBalance's website. A copy of this web page is attached hereto as Exhibit "D."

12. I have also reviewed the Cole Layer Trumble (CLT) Division website. On the website a letter from the president of CLT indicated that CLT was acquired by Tyler. CLT's website indicates that it will be attending conferences in Tallahassee, Florida, Cocoa Beach, Florida, Altamonte Springs, Florida, Tampa, Florida and Daytona Beach, Florida throughout the 2002 calendar year. The website also indicates that CLT has an office in Bradenton, Florida. A copy of portions of the website are attached hereto as Composite Exhibit "E."

13. I have reviewed Tyler's website. The financials posted on Tyler's website are consolidated financial statements meaning that all of its subsidiaries including its Incode, Munis, CLT and FundBalance Divisions are consolidated with Tyler's own financial information. Tyler's annual report as posted on the internet site indicates that Tyler has nearly 6,000 government clients and indicates that several of those clients are located in Florida. In the annual report, Tyler indicates that the Munis system, FundBalance products and Invision products are all Tyler products. The annual report further indicates that it leases offices in Florida for its operating companies. The website makes no distinction between Tyler and its divisions.

14. It is common knowledge in the industry that Tyler controls and directs its Munis, CLT, Incode and FundBalance Divisions which conduct business in the State of Florida.

15. Through Tyler's website, Tyler markets products which are sold throughout the nation, including Florida.

16. Tyler's website states that it has several regional offices throughout the United States. Tyler represents that the office located in Raleigh, North Carolina is one of its offices. I

4

also know that it is occupied by Munis Division employees and that it services customers in Florida. See copy of website attached hereto as Exhibit "F."

17. Tyler's website specifically markets its product titled Odyssey, which is marketed by Tyler throughout the nation, including Florida. The website is an active website as it allows a user to request information regarding the Odyssey product by typing in contact information, other relevant information and submitting such information to Tyler. Tyler's website has similar capabilities with respect to its other products and services it advertises on its website.

_____
JAMES TIMOTHY VICKERS

STATE OF FLORIDA
COUNTY OF SEMINOLE

SWORN TO AND SUBSCRIBED before me this __14th__ day of __December__, 2001, by __James Timothy Vickers__ who is personally known to me or has produced ___N/A___ as identification.

_____
(Notary Signature)

Penny Lou Turner
(Notary Name Printed)
NOTARY PUBLIC
Commission No. __CC 909282__

(NOTARY SEAL)

PENNY LOU TURNER
My Comm Exp. 2/9/04
No. CC 909282
[✓] Personally Known [ ] Other I.D.