FILED
2002 JAN -8 PM 1: 53
DISTRICT COURT
DISTRICT OF FLORIDA
FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
01 DEC 21 PM 3: 44
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CASE NO. 6:01-CV-1366-ORL-31DAB

H.T.E., Inc., a Florida corporation,

Plaintiff,

v.

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

Defendant

DENIED and SO ORDERED this
8 day of Jan, 2002

GREGORY A. PRESNELL
United States District Judge

## MOTION TO STRIKE AFFIDAVIT OF H. LYNN MOORE, JR., AND MEMORANDUM OF LAW IN SUPPORT

Pursuant to Fed. R. Civ. P. 12(f), Plaintiff, H.T.E., Inc., ("HTE"), a Florida corporation, hereby files this motion to strike the affidavit of H. Lynn Moore, Jr., and memorandum of law in support thereof. For the reasons more fully set forth in the memorandum of law, the affidavit of H. Lynn Moore, Jr., which was filed in connection with the Defendant, TYLER TECHNOLOGIES, INC.'s, ("Tyler") motion to quash service of process and to dismiss HTE's complaint for an asserted lack of personal jurisdiction and venue, should be stricken.

Pursuant to Local Rule 3.01(g), counsel for HTE has conferred with counsel for Tyler in a good faith effort to resolve the issues raised by this motion. Counsel have been unable to agree on the resolution of this motion.

### MEMORANDUM OF LAW

#### I. Introduction

Tyler has filed a motion to quash service of process and to dismiss HTE's initial complaint for lack of personal jurisdiction and venue ("Motion to Dismiss") and has filed the

Date Printed: 01/08/2002

Notice sent to:

    ___   John W. Foster Sr., Esq.
            Baker & Hostetler, LLP
            200 S. Orange Ave., Suite 2300
            P.O. Box 112
            Orlando, FL  32802-0112

    ___   Jerry Ray Linscott, Esq.
            Baker & Hostetler, LLP
            200 S. Orange Ave., Suite 2300
            P.O. Box 112
            Orlando, FL  32802-0112

    ___   William B. Wilson, Esq.
            Holland & Knight, LLP
            200 S. Orange Ave., Suite 2600
            P.O. Box 1526
            Orlando, FL  32802-1526

*[handwritten initials] 1-8-02*