UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**H.T.E., INC.,**

    **Plaintiff,**

vs.                                       CASE NO. 6:01-CV-1366-ORL-31DAB

**TYLER TECHNOLOGIES, INC.,**

    **Defendant.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action may be related to that certain closed state court matter styled <u>Dennis J. Harward and Jack L. Harward v. H.T.E., Inc.</u>, in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, Case No. 99-CA-1195-CA-15-W, as referenced in H.T.E., Inc.'s Request for Judicial Notice filed in this Court on December 21, 2001.

**DATED** this 8th day of January, 2002.

BAKER & HOSTETLER LLP
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, FL 32802-0112
Attorneys for Plaintiff, H.T.E., Inc.

By: _____
John W. Foster, Sr.
Florida Bar No. 318620
Jerry R. Linscott
Florida Bar No. 148009
Robert C. Yee
Florida Bar No. 0096784

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Pendency of Other Actions has been furnished by hand delivery this 8th day of January, 2002, to William B. Wilson, Esquire, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Orlando, FL 32801.

_____
John W. Foster, Sr.

G:\Jwf0370\25944\00001\Pleadings\FEDERAL\Notice Pendency Of Other Actions Doc