UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



FILED
2002 JAN 15 PM 2:37
...T COURT
...E DISTRICT OF FLORIDA
...LANDO, FLORIDA

H.T.E., INC., a Florida corporation,

Plaintiff,

-vs-   Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

Defendant.

---

## NOTICE OF HEARING

**TAKE NOTICE** that evidentiary hearing and oral argument on the motions relating to personal jurisdiction will be held before the undersigned on **WEDNESDAY, FEBRUARY 6, 2002** at 9:30 A.M. in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

**DONE and ORDERED** in Orlando, Florida on January 15, 2002.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Laura Barsamian (court reporter requested)

**PLEASE NOTE:** Photo I.D. is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.

Date Printed: 01/15/2002

Notice sent to:

    ___   John W. Foster Sr., Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    ___   Jerry Ray Linscott, Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    ___   William B. Wilson, Esq.
           Holland & Knight, LLP
           200 S. Orange Ave., Suite 2600
           P.O. Box 1526
           Orlando, FL  32802-1526

✓ AW) 1-15-02