UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.

_____/

**JOINT SUGGESTION OF MOOTNESS OF**
**MOTIONS RELATING TO PERSONAL JURISDICTION**

Plaintiff, H.T.E., INC., and Defendant, TYLER TECHNOLOGIES, INC., through their undersigned attorneys, are in receipt of a Notice of Hearing scheduling an evidentiary hearing and oral argument on motions relating to personal jurisdiction for Wednesday, February 6, 2002 at 9:30 a.m. (Docket No. 37). The only motions relating to jurisdiction were the Defendant, Tyler Technologies, Inc.'s, Motion to Quash Service of Process and Dismiss Complaint for Lack of Personal Jurisdiction and Venue (Docket No. 4). These motions were rendered moot by Tyler's filing of an answer and defenses that did not raise lack of personal jurisdiction as a defense and a counterclaim (Docket No. 34). H.T.E. and Tyler suggest to the Court that the motions noticed for hearing are now moot and that the hearing scheduled for Wednesday, February 6, 2002 at 9:30 a.m. is unnecessary.

Dated: _January 22_, 2002.

Respectfully,

_____
John W. Foster, Sr., Esquire
Baker & Hostetler LLP
2300 Sun Trust Center
200 South Orange Avenue
Orlando, FL 32802
Attorneys for Plaintiff

Respectfully,

_____
William B. Wilson, Esquire
Holland & Knight LLP
200 South Orange Avenue
Suite 2600
Orlando, FL 32802
Attorneys for Defendant

ORL1 #700798 v1

2