UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
02 JAN 24 AM 11: 51

H.T.E., INC., a Florida corporation,

Plaintiff,

-vs-                                          Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

Defendant.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO QUASH SERVICE OF PROCESS AND DISMISS COMPLAINT FOR LACK OF JURISDICTION AND VENUE (Doc. No. 4)** |
| **FILED:** | **November 20, 2001** |
| **THEREON** it is **ORDERED** that the motion is **DENIED as MOOT.** | |

The parties have filed a Joint Suggestion of Mootness of Motions Relating to Personal Jurisdiction. The hearing scheduled for February 6, 2002 at 9:30 a.m. is hereby cancelled.

**DONE** and **ORDERED** in Orlando, Florida this ⟶ 23⟵ day of January, 2002.

*/s/ David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

District Judge
Counsel of Record

F I L E   C O P Y

Date Printed: 01/24/2002

Notice sent to:

    ___  John W. Foster Sr., Esq.
          Baker & Hostetler, LLP
          200 S. Orange Ave., Suite 2300
          P.O. Box 112
          Orlando, FL  32802-0112

    ___  Jerry Ray Linscott, Esq.
          Baker & Hostetler, LLP
          200 S. Orange Ave., Suite 2300
          P.O. Box 112
          Orlando, FL  32802-0112

    ___  William B. Wilson, Esq.
          Holland & Knight, LLP
          200 S. Orange Ave., Suite 2600
          P.O. Box 1526
          Orlando, FL  32802-1526

✓ w)
1-24-02