FILED

2002 JAN 25 AM 9: 42

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

H.T.E., INC., a Florida corporation,

           Plaintiff,

-vs-                                    Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

           Defendant.

## ORDER

Upon consideration of the Joint Suggestion of Mootness (Doc. 40), it is

**ORDERED** that Defendant's Motion to Quash and Dismiss (Doc. 4) and Defendant's Motion to Strike (Doc. 33) are hereby DENIED as moot. The hearing scheduled for **February 6, 2002** is CANCELLED.

**DONE and ORDERED** in Chambers, Orlando, Florida this 24 day of January, 2002.

                                                    GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Baker

Date Printed: 01/25/2002

Notice sent to:

___ John W. Foster Sr., Esq.
Baker & Hostetler, LLP
200 S. Orange Ave., Suite 2300
P.O. Box 112
Orlando, FL  32802-0112

___ Jerry Ray Linscott, Esq.
Baker & Hostetler, LLP
200 S. Orange Ave., Suite 2300
P.O. Box 112
Orlando, FL  32802-0112

___ William B. Wilson, Esq.
Holland & Knight, LLP
200 S. Orange Ave., Suite 2600
P.O. Box 1526
Orlando, FL  32802-1526