UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

## NOTICE PURSUANT TO LOCAL RULE 1.04

In accordance with Local Rule 1.04(c), I certify that the instant action is not related to any pending civil or criminal case filed with this Court, or any other court or administrative agency.

Counsel for Plaintiff has filed a Notice of Pendency of Other Actions (Doc. No. 36) in which he certifies that this action may be related to a closed action in State court styled "Dennis J. Harward and Jack L. Harward vs. H.T.E., Inc.," in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, Case No. 99-CA-1195-CA-15-W (the "Harward Action"). The Harward Action was dismissed prior to the commencement of this action. Since the Harward Action is not pending and since it was never filed in this Court, I respectfully submit that does not fall within the purview of Local Rule 1.04(a) or (b).

In addition to the foregoing, Tyler Technologies, Inc. was not a party to the Harward Action, and that action did not involve any of the issues raised in the

Complaint, Count I of the Amended Complaint, the Counterclaim or the Amended Counterclaim in this action. The Harward Action involved a claim brought by Dennis J. Harward and Jack L. Harward against H.T.E., Inc. for alleged breach of a contract and a counterclaim by H.T.E., Inc. for alleged breach of that contract. The only relationship between the Harward Action and Count II of the Amended Complaint is that the contract forming the subject matter in the Harward Action may be the contract with which H.T.E., Inc. alleges Tyler Technologies, Inc. interfered.

Dated: January 29, 2002.

William B. Wilson, Esquire
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-11526
(407) 425-8500
Attorneys for Defendant,
Tyler Technologies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery this 29th day of January, 2002, to John W. Foster, Sr., Esquire, Baker & Hostetler LLP, 2300 Sun Trust Center, 200 South Orange Avenue, Post Office Box 112, Orlando, FL 32802-0112.

William B. Wilson, Esquire

ORL1 #702014 v1