# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FILED

2002 MAR -4 AM 9: 15

H.T.E., INC., a Florida corporation,

Plaintiff,

-vs-                                                     Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a Delaware
corporation,

Defendant.

## ORDER APPOINTING A MEDIATOR

Pursuant to the Order of this Court referring this case to mediation, and in accordance with the rules governing mediation set forth in Chapter Nine of the rules of the United States District Court for the Middle District of Florida:

**IT IS ORDERED THAT**:

The following individual is appointed to serve as mediator in this action with the mediation to be completed by **September 2, 2002**. Absent agreement of the parties, the mediator shall be compensated at an hourly rate of $225.00 which shall be borne equally by all parties. Upon motion of the prevailing party, Mediation fees may be taxed as costs in the instant action.

| | |
|---|---|
| Name: | Jay M. Cohen |
| Address: | PO Box 2210 |
| | Winter Park, FL 32790-2210 |
| Telephone Number/FAX: | 407-644-1181/407-644-0012 |

**DONE and ORDERED** in Chambers in Orlando, Florida this ___4th___ day of March, 2002.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Mediator

F I L E   C O P Y

ate Printed: 03/04/2002

otice sent to:

___ John W. Foster Sr., Esq.
Baker & Hostetler, LLP
200 S. Orange Ave., Suite 2300
P.O. Box 112
Orlando, FL  32802-0112

___ Jerry Ray Linscott, Esq.
Baker & Hostetler, LLP
200 S. Orange Ave., Suite 2300
P.O. Box 112
Orlando, FL  32802-0112

___ William B. Wilson, Esq.
Holland & Knight, LLP
200 S. Orange Ave., Suite 2600
P.O. Box 1526
Orlando, FL  32802-1526

___ Jay M. Cohen
Jay M. Cohen, P.A.
P.O. Box 2210
Winter Park, FL  32790-2210