FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

02 MAR 13 PM 3: 39

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:01-CV-1366-ORL-31DAB

H.T.E., Inc., a Florida corporation,

    Plaintiff,

v.

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

    Defendant

## HTE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST TYLER

Pursuant to Fed. R. Civ. P. 56(c), Plaintiff, H.T.E., Inc., ("HTE"), by and through its undersigned counsel, moves for partial summary judgment against Defendant, Tyler Technologies, Inc. ("Tyler"), as to Count I (action for declaratory judgment) of HTE's amended complaint and Tyler's amended counterclaim and, for good cause, states as follows:

1. The pleadings, depositions, and admissions on file, together with the relevant affidavits, show that there is no genuine issue as to any material fact and that HTE is entitled to a partial summary judgment as a matter of law.

2. The grounds upon which this motion is based and the substantial matters of law and evidence which support HTE's request for partial summary judgment are stated with more particularity in HTE's memorandum of law which has been filed herewith and which is incorporated herein by reference.



WHEREFORE, Plaintiff, HTE, respectfully requests that this Honorable Court grant HTE's motion for partial summary judgment and enter a partial summary judgment in favor of HTE and against Tyler which specifically orders, adjudges and declares the following:

  a. That all 5,618,952 shares of HTE common stock acquired by Tyler from the Harwards, were acquired in a control-share acquisition and constitute control shares which were subject to redemption by HTE;

  b. That HTE's redemption of the 5,618,952 shares of HTE common stock held by Tyler was valid and effective; and

  c. That all 5,618,952 shares of HTE common stock, which were acquired by Tyler from the Harwards, shall not be entitled to vote on any matter, and are hereby deemed to be *not* outstanding as of October 29, 2001.

DATED this _13th_ day of March, 2002.

                                        Respectfully submitted,

                                        BAKER & HOSTETLER LLP
                                        2300 SunTrust Center
                                        200 South Orange Avenue
                                        Post Office Box 112
                                        Orlando, FL 32802-0112
                                        Telephone: (407) 649-4000
                                        Telecopier: (407) 841-0168

                                        By: _____
                                          John W. Foster, Sr.
                                          Florida Bar No. 318620
                                          Jerry R. Linscott
                                          Florida Bar No. 148009

                                        Attorneys for Plaintiff, H.T.E., Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Motion for Partial Summary Judgment has been furnished via hand delivery to: **WILLIAM B. WILSON, ESQ.**, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Post Office Box 1526, Orlando, Florida 32802-1526 this ___ day of March, 2002.

John W. Foster

G:\Jwf0370\25944\00001\Pleadings\FEDERAL\Motion Summary Jdgmt Against Tyler.Doc

3