UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

H.T.E., INC.,

    Plaintiff,

vs.                              CASE NO. 6:01-CV-1366-ORL-31DAB

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

## HTE'S NOTICE OF FILING SUPPLEMENTAL AFFIDAVIT OF L. A. GORNTO, JR.

PLEASE TAKE NOTICE that, pursuant to Rule 6(d) of the Federal Rules of Civil Procedure, Plaintiff, H.T.E., Inc., by and through its undersigned attorneys, files the Supplemental Affidavit of L. A. Gornto, Jr. in support of its motion and memorandum for partial summary judgment against Tyler dated March 13, 2002.

DATED this \_\_\_ day of March, 2002.

> Respectfully submitted,
>
> BAKER & HOSTETLER LLP
> 2300 SunTrust Center
> 200 South Orange Avenue
> Post Office Box 112
> Orlando, FL 32802-0112
> Telephone: (407) 649-4000
> Telecopier: (407) 841-0168
>
> By: _____
> John W. Foster, Sr.
> Florida Bar No. 318620
>
> Attorneys for Plaintiff, H.T.E., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Supplemental Affidavit has been furnished by hand delivery this \_\_\_ day of March, 2002, to William B. Wilson, Esquire, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Orlando, FL 32801.

_____
John W. Foster, Sr.