

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

H.T.E., INC., a Florida corporation,

          Plaintiff,

-vs-                          Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

          Defendant.

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Partial Summary Judgment (Doc. No. 48). The Defendant will be allowed until **April 15, 2002**, to submit it's responsive memorandum and any materials in opposition to the motion, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party. *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *See Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e).

**DONE and ORDERED** in Chambers in Orlando, Florida this 14 day of March, 2002.

                                          GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

F I L E   C O P Y

Date Printed: 03/14/2002

Notice sent to:

*[handwritten: 3/14-02]*

    John W. Foster Sr., Esq.
    Baker & Hostetler, LLP
    200 S. Orange Ave., Suite 2300
    P.O. Box 112
    Orlando, FL  32802-0112

    Jerry Ray Linscott, Esq.
    Baker & Hostetler, LLP
    200 S. Orange Ave., Suite 2300
    P.O. Box 112
    Orlando, FL  32802-0112

    William B. Wilson, Esq.
    Holland & Knight, LLP
    200 S. Orange Ave., Suite 2600
    P.O. Box 1526
    Orlando, FL  32802-1526