NIGHT BOX FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2002 APR 15 PM 4: 25

CLERK, U.S. DISTRICT COURT
ORLANDO, FLORIDA

CASE NO.: 6:01-cv-1866-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

### NOTICE OF FILING THIRD AFFIDAVIT OF H. LYNN MOORE, JR.

Defendant, TYLER TECHNOLOGIES, INC., by and through its undersigned attorneys, hereby gives notice of filing the original Third Affidavit of H. Lynn Moore, Jr.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery/mail this 15th day of April, 2002 to John W. Foster, Sr., Esquire, Baker & Hostetler LLP, 2300 Sun Trust Center, 200 South Orange Avenue, Post Office Box 112, Orlando, FL 32802-0122.

William B. Wilson, Esquire
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526
Phone: (407)425-8500
Fax: (407)244-5288
Attorneys for Defendant,
Tyler Technologies, Inc.

54

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

## THIRD AFFIDAVIT OF H. LYNN MOORE, JR.

STATE OF TEXAS

COUNTY OF DALLAS

    BEFORE ME, the undersigned authority, personally appeared H. LYNN MOORE, JR., who, being first duly sworn, deposes and says:

    1.    At all times material I have been employed by the Defendant in this action, Tyler Technologies, Inc., a Delaware corporation, in the capacity of Vice President and General Counsel, and I have personal knowledge of the facts stated in this affidavit.

    2.    Tyler Technologies, Inc. is a holding company with its principal offices located in Dallas, Texas.

3.  Tyler Technologies, Inc. operates through wholly owned operating subsidiaries that are engaged in the business of providing a diverse suite of software solutions and services to local governments.

4.  Tyler Technologies, Inc. entered the local government information technology market in February 1998. Since then, Tyler Technologies, Inc. has acquired seventeen companies (not all of which were in the software solutions business). In doing this, Tyler Technologies, Inc. has never engaged in a "hostile takeover" (i.e., taking control of a company contrary to the wishes of its management or board of directors) of any company.

5.  On August 17, 1999, Tyler Technologies, Inc. notified H.T.E. of the Stock Purchase Agreement between it and Jack and Dennis Harward and, consistent with its desire for an amicable relationship, requested a meeting with H.T.E.'s Board of Directors to discuss a possible business combination between the two companies. That same day, Tyler Technologies, Inc. issued a press release stating its intent to meet with the H.T.E. Board of Directors to prepare a friendly business combination. A copy of the press release is attached as <u>Exhibit A</u>.

6.  Because of H.T.E., Inc.'s deadline for submitting shareholder proposals, on December 8, 1999, Tyler Technologies, Inc. submitted proposals for removal of the then current members of the H.T.E., Inc. Board of Directors and for the election of Tyler Technologies, Inc.'s ten nominees as directors.

After submitting these proposals, Tyler Technologies, Inc. never lobbied or sought proxies or otherwise took steps to obtain shareholder approval of them.

7. On April 17, 2000, Tyler Technologies, Inc. issued a press release stating that it had "abandoned its previously announced intention to propose to H.T.E. Management a business combination of the two companies." A copy of the press release is attached as <u>Exhibit B</u>.

8. In acquiring its H.T.E. stock in August and November, 1999, Tyler Technologies, Inc.'s average investment price was $2.81 per share. In its October, 2001 attempt at redemption, H.T.E. offered a price of $1.30 per share. This would have resulted in a loss to Tyler Technologies, Inc. in excess of $8,400,000 on its H.T.E. stock. Furthermore, Tyler Technologies, Inc.'s potential loss would be potentially much greater than this as the ten day trading average (a concept recognized by H.T.E. in the calculation of its proposed redemption price) for the days immediately before the execution of this affidavit was $4.805 per share.

9. In the spring of 2001, H.T.E. initiated a stock repurchase program without seeking to redeem the Tyler-owned shares. During this program H.T.E. repurchased 548,000 shares at an average price of $2.73 per share. On June 20, 2001, H.T.E. issued a press announcing this repurchase in which it stated "We can't think of a better use of our cash . . . We believe H.T.E.'s stock remains undervalued at current price levels . . ." A copy of this press release is attached as <u>Exhibit C</u>.

10. In a press release dated October 29, 2001, H.T.E. stated, "Under applicable Florida Statutes, H.T.E. is required to determine and pay a fair price for Tyler's shares pursuant to procedures H.T.E. adopts." A copy of this press release is attached as <u>Exhibit D</u>.

FURTHER AFFIANT SAYETH NOT.

*H. Lynn Moore, Jr.*

The foregoing instrument was acknowledged before me this /2 day of April, 2002 by H. Lynn Moore, Jr., who is personally known to me or has produced _____ as identification and who did take an oath.

Notary Stamp

**ANNE E. PATTON**
Notary Public, State of Texas
My Commission Expires
**December 06, 2003**

*Anne C. Patton*
Signature of Person Taking Acknowledgment
Print Name: ANNE E. PATTON
Title: Notary Public
Serial No. (if any)_____
Commission Expires: 12-06-03

ORL1 #715450 v1

4

Contact: Brian K. Miller
Vice President - Finance
(214) 902-5080

**FOR IMMEDIATE RELEASE**

# TYLER TECHNOLOGIES ANNOUNCES PURCHASE OF H.T.E., INC. COMMON STOCK

**Dallas, Texas, August 17, 1999** -- Dallas-based Tyler Technologies, Inc. (NYSE: TYL) today reported that it has reached an agreement to acquire approximately 30% of the outstanding common stock of H.T.E., Inc. (NASDAQ: HTEI) from H.T.E.'s founders, Dennis Harward and Jack Harward, in exchange for Tyler common stock. In the exchange, Tyler will issue one share of its common stock for each two shares of H.T.E. common stock received. The company expects to close the transaction on August 19, 1999.

Tyler Technologies plans to propose to H.T.E. management, a business combination between the two companies on similar terms. Tyler management believes that a combination of the two companies would result in significant economies of scale and synergies, create enhanced service offerings to customers, and provide greater opportunities for the employees of both companies. The two companies would have annualized revenues in excess of $200 million on a combined basis. Any such combination would be subject to shareholder and regulatory approval.

H.T.E., Inc. is a leading software solutions provider with more than 1,600 customers worldwide. H.T.E.'s customers include public and private utilities, cities, counties, public safety, corrections and justice agencies, school districts, transit authorities and other public-sector agencies. In the quarter ended June 30, 1999, H.T.E. reported revenues of $24.2 million and a net loss of $1.6 million.

Tyler Technologies is a major provider of technology, software, data products, and electronic document management systems and services for local governments and other enterprises. Tyler was founded in 1966 and has its corporate headquarters in Dallas, Texas. Tyler has annualized revenues of $115 million and employs approximately 975 people. For the quarter ended June 30, 1999, Tyler had income from continuing operations of $1.9 million and EBITDA from continuing operations of $7.3 million on revenues of $28.7 million. Additional information on Tyler Technologies can be found on the World Wide Web at www.tylertechnologies.com.

*Tyler has included forward-looking statements concerning its business and operations in this press release. Although Tyler believes that the expectations reflected in these forward-looking statements are reasonable, these expectations and the related statements are subject to risks and uncertainties that could cause actual results to differ materially from those projected. Tyler expressly disclaims any obligation to release publicly any updates or revisions to these forward-looking statements to reflect any change in its expectations.*

#####



EXHIBIT A



Contact: Brian K. Miller
Vice President – Finance
(214) 902-5080

**FOR IMMEDIATE RELEASE**

## TYLER TECHNOLOGIES DECLINES TO PARTICIPATE IN DEMANDSTAR.COM RIGHTS OFFERING

**Dallas, Texas, April 17, 2000** – Dallas-based Tyler Technologies, Inc. (NYSE: TYL) today announced that it does not intend to participate in the rights offering of DemandStar.com, Inc., a wholly-owned subsidiary of H.T.E., Inc. (Nasdaq: HTEI). Today's announcement is in response to recent public inquiries and other statements disseminated publicly by independent third parties. Tyler said its decision is based in part on its concerns about the identity of management of HTE and DemandStar.com and resulting potential conflicts of interest by the common management, and the discriminatory structure of the rights offering between management of HTE and its stockholders.

Tyler also reported that it has abandoned its previously announced intention to propose to HTE management a business combination of the two companies, in light of HTE management's continued refusal to meet with Tyler and the continued losses being reported by HTE. Tyler stated that, as the largest stockholder in HTE, it intends to continue to consider, pursue, and attempt to present to HTE management and its stockholders all opportunities that will maximize value for all HTE stockholders, and reserves the right to propose some form of business combination if circumstances make it feasible.

Tyler Technologies is a premier provider of end-to-end Internet-based e-government solutions for the local government market. Tyler Technologies partners with local government clients to make local government more accessible to the public, more responsive to needs of the citizens, and more efficient. Tyler Technologies has annualized revenues of over $140 million and employs approximately 1,400 people. Additional information on Tyler Technologies can be found on the World Wide Web at www.tylertechnologies.com.

*Tyler has included forward-looking statements concerning its business, plans, intentions, and operations in this press release. Although Tyler believes that the expectations reflected in these forward-looking statements are reasonable, these expectations and the related statements are subject to risks and uncertainties that could cause actual results to differ materially from those stated or projected. Tyler expressly disclaims any obligation to release publicly any updates or revisions to these forward-looking statements to reflect any change in its expectations.*



EXHIBIT B

**Company**

What's New | Company | Investor Relations | Products | Services | ... | ... | ...

# Press Releases



**HTE Repurchases 548,000 Shares of Common Stock**

June 20, 2001

Lake Mary, FL, June 20, 2001 - HTE Inc. (NASDAQ: HTEI), a leading provider of enterprise-wide software solutions for public sector organizations and utilities worldwide, today announced that during the period from May 29, 2001 to June 15, 2001, the Company repurchased 548,000 shares of HTE's common stock for $1,497,950 or an average price of $2.73 per share. Since August 28, 2000, the company has repurchased 994,900 shares of its stock. After the repurchase, the Company currently has 16,850,600 shares of common stock outstanding.

These repurchases have been made under a repurchase plan adopted by HTE's Board of Directors in May 1999, which authorized HTE to repurchase up to 1,800,000 shares of its common stock from time to time, as it deemed appropriate, in open market transactions. This repurchase authorization represented 10.2% of HTE's then common shares outstanding. In executing the repurchase program, HTE is subject to trading regulations that limit both the amount and timing of such purchases. HTE's trading window closed on June 15, 2001, and no additional purchases can be made until after the window opens following the announcement of second-quarter earnings.

HTE CEO Joe Loughry stated, "We can't think of a better use of our cash. HTE's business prospects and financial condition are strong. We believe HTE's stock remains undervalued at current price levels and the Board of Directors feels that the repurchase of our shares from time to time is in the best interest of HTE shareholders."

The Company also announced that during the period April 19, 2001 to May 25, 2001, Constellation Software, a major HTE shareholder, increased its holdings in HTE by 332,900 shares at an average price of $1.92 per share. Under an agreement with the Company, the shares acquired by Constellation Software must be voted with the majority of HTE's Board of Directors. Mark Leonard, President of Constellation Software stated, "We believe that our investment in HTE will provide us with a good long-term rate of return. The Company has done a good job of recovering from a difficult situation, and we like HTE's established position in the local government market."

http://myhte.hteinc.com/hteweb/company/press.cfm?pid=36      **EXHIBIT C**      11/9/2001

HTE is a proven leader in government information technologies, providing a broad range of innovative software solutions to more than 2,100 government offices, agencies and utility companies throughout North America. The company's products address the wireless computing requirements of a rapidly changing public sector market and support the end-to-end delivery of e-government access to citizens and businesses.

Founded in 1981, the company is headquartered near Orlando, Florida. Additional information about HTE's products is available at www.hteinc.com or by calling HTE Marketing Services at 1.800.727.8088.

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve a number of risks and uncertainties. Among the factors that could cause actual results to differ materially from those expected are discussed from time to time in reports filed by HTE with the Securities and Exchange Commission, including risks summarized in HTE's latest Annual Report on Form 10-K. HTE undertakes no obligation to update or revise any forward-looking statement for events or circumstances after the date on which such statement is made.



# Company

## Press Releases

**HTE Redeems Stock from Tyler Technologies, Inc.**

October 29, 2001

Lake Mary, Fla., October 29, 2001—H.T.E., Inc. (Nasdaq: HTEI) today announced that on October 29, 2001 (the "Redemption Date"), it redeemed 5,618,952 shares of its common stock from Tyler Technologies, Inc. ("Tyler") for a purchase price of $7,304,637.60. HTE effected the redemption in accordance with the requirements of Florida's control shares statute by delivering notice of redemption to Tyler on October 29, 2001 and depositing the total amount of the purchase price with an escrow agent. As a result of the notice and escrow of funds, the 5,618,952 shares are deemed not to be issued and outstanding. Upon receipt of the certificates representing all of the shares redeemed, the escrow agent will release funds in the amount of the purchase price to Tyler.

Tyler purchased the shares in 1999 in a control shares acquisition, as defined in Florida's control shares statute. The shares are deemed "control shares" under Florida law since their purchase exceeded percentage thresholds specified in the statute. Control shares do not have voting rights unless the issuer's shareholders approve a resolution conferring voting rights. At HTE's 2000 annual shareholders' meeting, HTE's shareholders voted not to confer voting rights on Tyler's shares. Under Florida law, control shares that are not granted voting rights may be redeemed by the issuer pursuant to procedures adopted by the issuer.

HTE's board of directors determined that it was in the best interests of HTE, its shareholders, employees and customers to redeem Tyler's shares because, in part, it would: (i) eliminate a potential large block overhang on the market for HTE's common stock; (ii) alleviate confusion that has arisen in the marketplace regarding Tyler's ownership interest in HTE, which has been a negative in terms of attracting new employees and prospective customers, (iii) provide HTE's employees and customers with more certainty as to ownership, control and direction of the company and (iv) eliminate a complexity to HTE's capitalization, thereby making HTE more understandable to the investing public.

Under applicable Florida statutes, HTE is required to determine and pay a fair price for Tyler's shares pursuant to procedures HTE adopts. In arriving at the price for Tyler's large block of non-voting shares, HTE's board of directors engaged the services and

http://myhte.hteinc.com/hteweb/company/press.cfm?pid=48    11/9/2001



**EXHIBIT D**

assistance of a national investment banking firm. The price paid Tyler for the control shares represents a 17.5% discount to the average closing sale price for the ten trading day period immediately preceding the Redemption Date.

As of September 30, 2001, HTE's cash balance was $13,008,000. HTE also has a $5,000,000 credit facility available.

The redemption of 5,618,952 shares of common stock from Tyler reduces the number of HTE's issued and outstanding shares of common stock from 16,960,557 to 11,341,605 as of October 29, 2001. Accordingly, HTE's previously provided guidance as to its projected operating earnings per share for the 4th quarter of 2001 of 6 cents is now being increased to 8 cents per share, assuming weighted average shares of 13,112,797 for the 4th quarter 2001.

HTE Inc.

HTE Inc., a proven leader in government information technologies, provides a broad range of innovative software solutions to more than 2,200 government offices, agencies and utility companies throughout North America. The company's products address the wireless computing requirements of a rapidly changing public sector market and support the end-to-end delivery of e-government access to citizens and businesses. Founded in 1981, the company is headquartered near Orlando, Florida. Additional information is available at http://www.hteinc.com or by calling HTE Marketing Services at 1.800.727.8088.

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve a number of risks and uncertainties. Among the factors that could cause actual results to differ materially from those expected are the following: business and general economic conditions; competitive factors, such as pricing, new products and marketing efforts of rival companies; the timing and magnitude of software sales; customer acceptance of new or enhanced product offerings; integration of new technologies; delays in product delivery; the ability to recruit and retain qualified personnel; and other factors discussed from time to time in reports filed by HTE with the Securities and Exchange Commission, including risks summarized in HTE's latest Annual Report on Form 10-K. HTE undertakes no obligation to update or revise any forward-looking statement for events or circumstances after the date on which such statement is made.