UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

## NOTICE OF FILING DEPOSITIONS

Defendant, TYLER TECHNOLOGIES, INC., by and through its undersigned attorneys, pursuant to Rule 32 and 6(d) of the Federal Rules of Civil Procedure, hereby files the following deposition transcripts in support of its Memorandum of Law in Opposition to H.T.E.'s Motion for Partial Summary Judgment dated April 15, 2002:

    1.    Dennis J. Harward taken January 5, 2000, in the case styled "Dennis J. Harward and Jack L. Harward, Plaintiffs, vs. H.T.E., Inc., a Florida Corporation, Defendant." in the Circuit Court in and for Seminole County, Florida, and bearing Case No. 99-CA-1995-15-B.

    2.    Jack L. Harward taken January 7, 2000, in the case styled "Dennis J. Harward and Jack L. Harward, Plaintiffs, vs. H.T.E., Inc., a Florida Corporation,

Defendant." in the Circuit Court in and for Seminole County, Florida, and bearing Case No. 99-CA-1995-15-B.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery/~~mail~~ this 15th day of April, 2002 to John W. Foster, Sr., Esquire, Baker & Hostetler LLP, 2300 Sun Trust Center, 200 South Orange Avenue, Post Office Box 112, Orlando, FL 32802-0122.

William B. Wilson, Esquire
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526
Phone: (407)425-8500
Fax: (407)244-5288
Attorneys for Defendant,
Tyler Technologies, Inc.

ORL1 #715872 v1