IN THE CIRCUIT COURT IN AND
FOR SEMINOLE COUNTY, FLORIDA

**FILE**

14-15-02

Date

CLERK, U.S. DIST.
MIDDLE DISTRICT
ORLANDO, FLO.

DENNIS J. HARWARD and
JACK L. HARWARD,

     Plaintiffs,

vs.

    CASE NO.:   99-CA-1995-15-B

H.T.E., INC., a Florida
corporation,

     Defendant.

-----------------------------------------------------------

    The deposition of **DENNIS J. HARWARD** taken pursuant

to notice on behalf of the Defendant on **Wednesday,**

**January 5, 2000**, beginning at 9:00 a.m., at 200 South

Orange Avenue, Suite 2300, Orlando, Florida, before

Laura J. Jerauld, R.M.R., C.R.R., and Notary Public,

State of Florida at Large.

A P P E A R A N C E S:          **CERTIFIED COPY**

    ELI H. SUBIN, ESQUIRE
    BRIAN A. McDOWELL, ESQUIRE
    Holland & Knight
    SunTrust Tower -- Suite 2300
    200 South Orange Avenue
    Orlando, Florida  32801

     For the Plaintiffs,

    JOHN W. FOSTER, SR., ESQUIRE
    Baker & Hostetler
    SunTrust Tower -- Suite 2300
    200 South Orange Avenue
    Orlando, Florida  32801

     For the Defendants.

ALSO PRESENT:  Mr. Jack L. Harward

CENTRAL FLORIDA REPORTERS, INC.

56