```
                    IN THE CIRCUIT COURT IN AND
                    FOR SEMINOLE COUNTY

DENNIS J. HARWARD and
JACK L. HARWARD,

        Plaintiffs,

vs.                         CASE NO.:  99-CA-1995-15-B

H.T.E., INC., a Florida
corporation,

        Defendant.
------------------------------------------------------

        The deposition of **JACK L. HARWARD** taken pursuant to

notice on behalf of the Defendant on **Friday, January 7,**

**2000**, beginning at 9:00 a.m., at 200 South Orange

Avenue, Suite 2300, Orlando, Florida, before Laura J.

Jerauld, R.M.R., C.R.R., and Notary Public, State of

Florida at Large.

A P P E A R A N C E S:          **CERTIFIED COPY**

        ELI H. SUBIN, ESQUIRE
        BRIAN A. McDOWELL, ESQUIRE
        Holland & Knight
        SunTrust Center -- Suite 2600
        200 South Orange Avenue
        Orlando, Florida  32801

             For the Plaintiffs,

        JOHN W. FOSTER, SR., ESQUIRE
        Baker & Hostetler
        SunTrust Center -- Suite 2300
        200 South Orange Avenue
        Orlando, Florida  32801

             For the Defendants.

ALSO PRESENT:  Mr. Dennis J. Harward
```