# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

H.T.E., INC., a Florida corporation,

        Plaintiff,

-vs-                                      Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

        Defendant.

_____

## ORDER

Upon review of this case *sua sponte*, it is

**ORDERED** that the trial of this matter is moved from the January 2003 to February 2003 trial calendar. All other dates in the Case Management and Scheduling Order shall remain unchanged.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __25__ day of April, 2002.

                                                        GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

Date Printed: 04/26/2002

Notice sent to:

    John W. Foster Sr., Esq.
    Baker & Hostetler, LLP
    200 S. Orange Ave., Suite 2300
    P.O. Box 112
    Orlando, FL  32802-0112

    Jerry Ray Linscott, Esq.
    Baker & Hostetler, LLP
    200 S. Orange Ave., Suite 2300
    P.O. Box 112
    Orlando, FL  32802-0112

    William B. Wilson, Esq.
    Holland & Knight, LLP
    200 S. Orange Ave., Suite 2600
    P.O. Box 1526
    Orlando, FL  32802-1526