FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

02 MAY -1 PM 3: 49

CLERK U.S. DISTRICT COUR
MIDDLE DISTRICT OF FLORID
ORLANDO, FLORIDA

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.

GRANTED and SO ORDERED this
___ day of _May_ , 20 _02_

DAVID A. BAKER
U. S. MAGISTRATE JUDGE

**UNOPPOSED MOTION OF DEFENDANT/**
**COUNTERCLAIMANT, TYLER TECHNOLOGIES, INC.,**
**TO AMEND AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

Defendant/Counterclaimant, TYLER TECHNOLOGIES, INC. ("Tyler"), pursuant to the provisions of Fed. R. Civ. P. 15(a) respectfully moves the Court to enter an order permitting Tyler leave to file and serve the ANSWER AND AMENDED AFFIRMATIVE DEFENSES AND SECOND AMENDED COUNTERCLAIM, copies of which are attached hereto as Exhibit A, in which it adds the sixth, seventh and eighth affirmative defenses asserting that §607.0902(10), *Fla. Stat.* (2001), is unenforceable because it violates the Commerce Clause of the United States Constitution or, in the alternative, that H.T.E.'s interpretation of §607.0902(10), *Fla. Stat.* (2001), as providing an unlimited right of redemption would violate the Commerce Clause of the United States Constitution, and that Tyler has a setoff for damages it has sustained, and in



F I L E   C O P Y

Date Printed: 05/03/2002


Notice sent to:

     ____  John W. Foster Sr., Esq.
          Baker & Hostetler, LLP
          200 S. Orange Ave., Suite 2300
          P.O. Box 112
          Orlando, FL  32802-0112

     ____  Jerry Ray Linscott, Esq.
          Baker & Hostetler, LLP
          200 S. Orange Ave., Suite 2300
          P.O. Box 112
          Orlando, FL  32802-0112

     ____  William B. Wilson, Esq.
          Holland & Knight, LLP
          200 S. Orange Ave., Suite 2600
          P.O. Box 1526
          Orlando, FL  32802-1526