IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:01-CV-1366-Orl-31DAB

H.T.E., Inc., a Florida corporation,

    Plaintiff,

v.

TYLER TECHNOLOGIES, INC.,
a Delaware corporation,

    Defendant.
_____/

GRANTED and SO ORDERED this 3d day of May, 2002

DAVID A. BAKER
U. S. MAGISTRATE JUDGE

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT

Plaintiff, H.T.E., Inc. ("HTE"), by and through its undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 4.01 of the Rules of the United States District Court for the Middle District of Florida, hereby files this Unopposed Motion for Leave to File Second Amended Complaint and Memorandum of Law in Support and requests that this Court grant HTE leave to file a Second Amended Complaint. In responding to the Defendant, Tyler Technologies, Inc.'s ("Tyler"), discovery requests and in further analyzing this case, HTE has identified an additional claim against Tyler, to wit: tortious interference with HTE's business relations. **Tyler does not oppose the relief requested in this Motion.** For the grounds as more fully set forth in the Memorandum of Law, HTE respectfully requests this Court grant HTE leave to file the Second Amended Complaint which is attached hereto as Exhibit "A".

Date Printed: 05/03/2002

Notice sent to:

    ___  John W. Foster Sr., Esq.
          Baker & Hostetler, LLP
          200 S. Orange Ave., Suite 2300
          P.O. Box 112
          Orlando, FL  32802-0112

    ___  Jerry Ray Linscott, Esq.
          Baker & Hostetler, LLP
          200 S. Orange Ave., Suite 2300
          P.O. Box 112
          Orlando, FL  32802-0112

    ___  William B. Wilson, Esq.
          Holland & Knight, LLP
          200 S. Orange Ave., Suite 2600
          P.O. Box 1526
          Orlando, FL  32802-1526