UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

**JOINT MOTION AND MEMORANDUM FOR ENLARGEMENT OF TIMES**

Plaintiff, H.T.E., INC., and Defendant/Counterclaimant, TYLER TECHNOLOGIES, INC., pursuant to the provisions of Fed. R. Civ. P. 6(b) respectfully moves the Court to enlarge the dates set forth in the Case Management and Scheduling Order (Docket No. 46) from May 1, 2002 through the date for filing of dispositive motions by a period of thirty days each on the grounds that the Court has moved the trial from January 2003 to February 2003, and on the grounds that the schedules of counsel for the respective parties will make it difficult to comply with the dates as originally set and because no prejudice will result to any party by



the granting of this order and the administration of justice will not be adversely affected.

Dated: May 15, 2002.

_____
John W. Foster, Sr., Esquire
Florida Bar No. 318620
BAKER & HOSTETLER, LLP
2300 Sun Trust Center
200 S. Orange Avenue
Post Office Box 112
Orlando, FL 32802-0122
Phone: (407) 649-4000
Attorneys for Plaintiff,
H.T.E., Inc.

_____
William B. Wilson, Esquire
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526
Phone: (407)425-8500
Attorneys for Defendant,
Tyler Technologies, Inc.

ORL1 #721482 v1


the granting of this order and the administration of justice will not be adversely affected.

Dated: May 15, 2002.

_____
John W. Foster, Sr., Esquire
Florida Bar No. 318620
BAKER & HOSTETLER, LLP
2300 Sun Trust Center
200 S. Orange Avenue
Post Office Box 112
Orlando, FL 32802-0122
Phone: (407) 649-4000
Attorneys for Plaintiff,
H.T.E., Inc.

_____
William B. Wilson, Esquire
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526
Phone: (407)425-8500
Attorneys for Defendant,
Tyler Technologies, Inc.

ORL1 #721482 v1