FILED

02 MAY 20 PM 2: 43

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.

_____/

GRANTED and SO ORDERED this
20 day of May, 02

GREGORY A. PRESNELL
United States District Judge

## JOINT MOTION AND MEMORANDUM FOR ENLARGEMENT OF TIMES

    Plaintiff, H.T.E., INC., and Defendant/Counterclaimant, TYLER TECHNOLOGIES, INC., pursuant to the provisions of Fed. R. Civ. P. 6(b) respectfully moves the Court to enlarge the dates set forth in the Case Management and Scheduling Order (Docket No. 46) from May 1, 2002 through the date for filing of dispostive motions by a period of thirty days each on the grounds that the Court has moved the trial from January 2003 to February 2003, and on the grounds that the schedules of counsel for the respective parties will make it difficult to comply with the dates as originally set and because no prejudice will result to any party by

Date Printed: 05/21/2002

Notice sent to:

    \_\_\_   John W. Foster Sr., Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    \_\_\_   Jerry Ray Linscott, Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    \_\_\_   William B. Wilson, Esq.
           Holland & Knight, LLP
           200 S. Orange Ave., Suite 2600
           P.O. Box 1526
           Orlando, FL  32802-1526

    \_\_\_   Jay M. Cohen
           Jay M. Cohen, P.A.
           P.O. Box 2210
           Winter Park, FL  32790-2210