FILED
02 MAY 20 PM 4: 38
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

NOT YET FILED
2002 MAY 10 PM 5: 01
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**WALTER JONES,**

   **Plaintiff,**

vs.                                                 CASE NO.: 6:01-cv-446-Orl-28DAB

**SPRINT-FLORIDA, INC.,**

   **Defendant.**

_____/

*a moot. See Docket No. 60.*
**DENIED and SO ORDERED this**
**20 DAY OF May 2002**

JAMES G. GLAZEBROOK
U. S. MAGISTRATE JUDGE

**AGREED MOTION TO ENLARGE DEADLINE FOR
FILING JURY INSTRUCTIONS AND THE DEFENDANT'S OBJECTIONS TO THE
PLAINTIFF'S EXHIBITS**

Defendant SPRINT-FLORIDA, INC. ("the Defendant"), by and through its counsel, respectfully requests that the Court grant a brief extension of the currently set May 10, 2002, deadline to file the Joint Pretrial Stipulation, up to and including Tuesday, May 14, 2002, for the limited purpose of filing proposed jury instructions and objections to the Plaintiff's exhibits (the Stipulation itself is being timely filed with the exception of the objections). The good cause warranting the requested relief is as follows:

   1. The parties met, as required by the Court's rules, on May 1, 2002, to discuss the contents of the pretrial stipulation and address the other issues required by the Local Rules;

   2. At the time of the meeting, Plaintiff's counsel did not have his exhibit or witness list, and had not prepared his portion of the pretrial stipulation. Defense counsel had prepared, in some detail, its portion of the pretrial stipulation and provided a copy to the Plaintiff's counsel;

   3. The parties agreed that counsel for the Plaintiff would federal express his exhibits, exhibit list, and witness list for Federal Express delivery Friday morning, May 3, 2002. On Thursday, May

OR504174;1

F I L E   C O P Y

Date Printed: 05/21/2002

Notice sent to:

    ___  Jacob A. Rose, Esq.
　　　　　The Rose Law Firm, P.A.
　　　　　215 Fifth St.
　　　　　Suite 305
　　　　　West Palm Beach, FL  33401

    ___  Kevin W. Shaughnessy, Esq.
　　　　　Akerman, Senterfitt & Eidson, P.A.
　　　　　255 S. Orange Ave.
　　　　　P.O. Box 231
　　　　　Orlando, FL  32802-0231

    ___  Susan V. Stucker, Esq.
　　　　　Sprint-Florida, Inc.
　　　　　P.O. Box 165000
　　　　　Altamonte Springs, FL  32716-5000