NIGHT BOX FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

2002 MAY 14  PM 4: 50

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**WALTER JONES,**

    **Plaintiff,**

**vs.**

               **CASE NO.: 6:01-cv-446-Orl-28DAB**

**SPRINT-FLORIDA, INC.,**

    **Defendant.**

_____/

*nunc pro tunc*

**GRANTED and SO ORDERED this**

**20th DAY OF _____ 2002**

JAMES G. GLAZEBROOK
U. S. MAGISTRATE JUDGE

FILED

02 MAY 20  PM 4:

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## SECOND AGREED MOTION TO ENLARGE DEADLINE FOR FILING JURY INSTRUCTIONS AND THE DEFENDANT'S OBJECTIONS TO THE PLAINTIFF'S EXHIBITS

Defendant SPRINT-FLORIDA, INC. ("the Defendant"), by and through its counsel, respectfully requests that the Court grant a brief extension of deadline to file the Joint Pretrial Stipulation, up to and including Thursday, May 16, 2002, for the limited purpose of filing proposed jury instructions and objections to the Plaintiff's exhibits (the Stipulation itself has been timely filed with the exception of the objections). The good cause warranting the requested relief is as follows:

    1.  On Friday, May 10 , 2002, the Defendant filed an Agreed Motion for Enlargement of Time due to delay in receiving the Plaintiff's exhibits. The exhibits were to have been delivered on Monday, May 13, 2002;

    2.  The exhibits, however, were not received until after noon on May 14, 2002;

    3.  Based on the foregoing, the Defendant needs an additional two days to respond.

### Memorandum of Law

Pursuant to the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Middle District of Florida, this Court may extend the deadline upon the

OR505313;1

5-21-02

68