FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

02 MAY 28 PM 3:51

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

H.T.E., Inc.,
    Plaintiff (s)

CASE NO.    6:01-CV-1366-ORL-31DAB

TYLER TECHNOLOGIES, INC.,
    Defendant (s)

# MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on May 17, 2002, and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority.

    ___X___     All individual parties and their respective trial counsel.

    ___X___     Designated corporate representatives.

    ___X___     Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

(c)     The outcome of the mediation conference was:

    _____ **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rules 3.08 within ten (10) days of the mediation conference.

    _____ **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve.

_____
_____
_____

69

___x___     The parties have reached an impasse.

No conference may be continued past date ordered for completion without leave of Court.

Done this 24th day of , 2002 in Orlando, Florida.

*Leslie A. Kaplan, for*
**Signature of Mediator**

**JAY M. COHEN, ESQ.**
Name of Mediator

Post Office Box 2210
Winter Park, Florida 32790-2210
Mailing Address

(407)644-1181
Telephone Number

Copies to:     Counsel of Record
              Unrepresented Parties