FILED

02 JUN -5 AM 9: 42

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

H.T.E., INC., a Florida corporation,

   Plaintiff,

-vs-                                        Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

   Defendant.

---

### NOTICE OF HEARING

**TAKE NOTICE** that a hearing on the Plaintiff's Motion for Summary Judgment (partial) (Doc. 48) will be held before the Honorable Gregory A. Presnell, United States District Judge, on **THURSDAY, JUNE 20, 2002 at 1:30 P.M.** in Courtroom #3, George C. Young United States Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

   **DONE and ORDERED** in Chambers in Orlando, Florida on this ___4___ day of June, 2002.

                                    _____
                                    GREGORY A. PRESNELL
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

**PLEASE NOTE:** Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.

-1-

F I L E   C O P Y

Date Printed: 06/05/2002

Notice sent to:

    ___  John W. Foster Sr., Esq.
          Baker & Hostetler, LLP
          200 S. Orange Ave., Suite 2300
          P.O. Box 112
          Orlando, FL  32802-0112

    ___  Jerry Ray Linscott, Esq.
          Baker & Hostetler, LLP
          200 S. Orange Ave., Suite 2300
          P.O. Box 112
          Orlando, FL  32802-0112

    ___  William B. Wilson, Esq.
          Holland & Knight, LLP
          200 S. Orange Ave., Suite 2600
          P.O. Box 1526
          Orlando, FL  32802-1526