# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION



H.T.E., INC., a Florida corporation,

        Plaintiff,

-vs-                                            Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a Delaware corporation,

        Defendant.

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell<br>U.S. District Judge | **DATE:** | June 20, 2002 @ 1:30 pm |
| **DEPUTY CLERK:** | Anita Justin | **COURT REPORTER:** | Diane Peede |
| **COUNSEL FOR PLTF:** | John Foster | **COUNSEL FOR DEFT:** | William Wilson |

### Plaintiff's Motion for Partial Summary Judgment (Doc. No. 48)

1:30 p.m.    Parties present oral argument on motion. Court takes the matter **UNDER ADVISEMENT**.

2:38 p.m.    Court adjourned.