ORIGINAL                    1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF FLORIDA
 2                  ORLANDO DIVISION

 3        Case no.:  6:01-cv-1366-Orl-21DAB

 4   H.T.E., INC., a Florida    .  Orlando, Florida
     corporation,               .  June 20, 2002
 5                              .  1:30 p.m.
                    Plaintiff,  .
 6                              .
               v.               .
 7                              .
     TYLER TECHNOLOGIES, INC., a .
 8   Delaware corporation,      .
                                .
 9        Defendant.            .
     . . . . . . . . . . . . . . .
10

11

12          Transcript of plaintiff's motion

13             for partial summary judgment

14     before the Honorable Gregory A. Presnell

15           United States District Judge

16

17

     Appearances:
18
     For the Plaintiff:    John Foster
19                         Attorney at Law
                           Jamie Dorman, summer intern
20
     For the Defendant:    William Wilson
21                         Attorney at Law

22   Court Reporter:       Diane Peede, R.M.R., C.R.R.
                           United States Courthouse
23                         80 North Hughey Avenue, #300
                           Orlando, Florida  32801
24                         (407) 650-0055

25   Proceedings recorded by mechanical stenography,
     transcript produced by computer.
```