UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



H.T.E., Inc., a Florida corporation,

   Plaintiff,

v.

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

   Defendant

CASE NO. 6:01-CV-1366-ORL-31DAB

## NOTICE OF FILING AFFIDAVITS

PLEASE TAKE NOTICE that, pursuant to Rule 6(d) of the Federal Rules of Civil Procedure, Plaintiff, H.T.E., Inc., by and through its undersigned attorneys, files the following affidavits in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Discovery:

1. Affiavit of Joseph Loughry
2. Affidavit of Douglas B. Brown

Dated this 15th day of July, 2002.

          BAKER & HOSTETLER LLP
          2300 SunTrust Center
          200 South Orange Avenue
          Post Office Box 112
          Orlando, FL 32802-0112
          Attorneys for Plaintiff, H.T.E., Inc.

By: _____
          John W. Foster, Sr.
          Florida Bar No. 318620
          Robert C. Yee
          Florida Bar No.0096784

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF FILING OF AFFIDAVITS has been furnished via hand delivery to **WILLIAM B. WILSON, ESQ.**, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Post Office Box 1526, Orlando, Florida 32802-1526 this 15th day of July, 2002.

_____
Robert C. Yee

rcy4926\25944-Hte\00002\Pleadings\NOF Affidavits2.doc