UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2002 JUL 15 PM 4: 23

CASE NO. 6:01-CV-1366-ORL-31DAB

H.T.E., Inc., a Florida corporation,

    Plaintiff,

v.

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

    Defendant

---

### AFFIDAVIT OF JOSEPH LOUGHRY

STATE OF FLORIDA

COUNTY OF SEMINOLE

BEFORE ME, the undersigned authority, personally appeared JOSEPH LOUGHRY, who being duly sworn deposes and says:

1. I am over the age of eighteen, and I have personal knowledge of the facts contained herein.

2. I am the President and Chief Executive Officer of H.T.E., Inc. ("HTE").

3. HTE was involved in a civil action brought in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, Case No. 99-CA-1995-16-B, ("Harward/HTE Suit"). This action concerned the breach of a severance agreement between Jack L. Harward and Dennis L. Harward (collectively, the "Harwards") and HTE.

4. On February 15, 2001, HTE and the Harwards settled the case and entered into a confidential settlement agreement ("Settlement Agreement").

5. As a condition of entering the Settlement Agreement, both HTE and the Harwards agreed that the Settlement Agreement would be confidential and that the terms of the Settlement Agreement would not be disclosed to third parties.

6. Tyler Technologies, Inc. ("Tyler") was not a party to the Harward/HTE Suit nor was it a party to the Settlement Agreement.

7. Tyler paid no consideration for the settlement and it was never contemplated or intended that Tyler would be released under the release provision of the Settlement Agreement.

*(signature)*
JOSEPH LOUGHRY

STATE OF FLORIDA:
COUNTY OF Seminole

SWORN TO AND SUBSCRIBED before me this 12th day of July, 2002, by Joseph M. Loughry, III, who is personally known to me or has produced ____N/A____ as identification.

PENNY LOU TURNER
My Comm Exp. 2/9/04
No. CC 909282
[X] Personally Known [ ] Other I.D.

(NOTARY SEAL)

*(signature)*
(Notary Signature)

Penny Lou Turner
(Notary Name Printed)
NOTARY PUBLIC
Commission No. CC 909282

g:\rcy4926\25944-Hte\00002\Pleadings\Affidavit of Joseph Loughry.doc