UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/



### TYLER'S NOTICE OF RELIANCE ON SUPPLEMENTAL AUTHORITIES IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY

Defendant/Counterclaimant, TYLER TECHNOLOGIES, INC. ("Tyler"), hereby serves notice of reliance on the following supplemental authorities in support of Tyler's Motion to Compel Discovery (Docket No. 72):

*In re Gardinier v. Gardinier, Inc.*, 831 F.2d 974, 976 (11th Cir. 1987) [on point for, absent ambiguity, the intent of the parties is gleaned from the four corners of the instrument]; and

*Burlington Northern, Inc. v. Hyde*, 799 S.W.2d 477, 480-481 (Tex. App. 1990) [on point for a party seeking production should have the opportunity to examine the agreement itself to determine if there is any relevant, admissible material or information that might lead to the discovery of admissible evidence].

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery this 17th day of July, 2002, to John W. Foster, Sr.,

Esquire, Baker & Hostetler LLP, 2300 Sun Trust Center, 200 South Orange Avenue, Post Office Box 112, Orlando, FL 32802-0112.

William B. Wilson, Esquire
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-11526
(407) 425-8500
Attorneys for Defendant,
Tyler Technologies, Inc.

ORL1 #731702 v1