

FILED

02 JUL 23 PM 1:57

CLERK U.S. ... COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:01-cv-1366-Orl-31DAB

H.T.E., INC.,

    Plaintiff,

vs.

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

GRANTED and SO ORDERED this
23 day of July, 02

GREGORY A. PRESNELL
United States District Judge

## TYLER'S MOTION FOR LEAVE TO FILE A BRIEF SUPPLEMENTAL MEMORANDUM OF LAW TO PREVENT MISIMPRESSION OF LAW REGARDING H.T.E.'S PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant/Counterclaimant, TYLER TECHNOLOGIES, INC. ("Tyler"), respectfully moves the Court for leave to file the SUPPLEMENTAL MEMORANDUM OF LAW TO PREVENT MISIMPRESSION OF LAW REGARDING H.T.E.'S PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT, attached hereto as Exhibit 1, on the following grounds:

1. At the hearing held on H.T.E.'s Motion for Partial Summary Judgment on June 20, 2002, H.T.E. argued that Tyler could have sold its stock in H.T.E. at any time prior to H.T.E.'s purported redemption. Transcript at 7-8.

2. H.T.E. had not raised the argument of an unrestricted right of Tyler to sell its stock prior to redemption in its memorandum of law in support of its motion

Date Printed: 07/23/2002

Notice sent to:

    ___  John W. Foster Sr., Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    ___  Jerry Ray Linscott, Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    ___  William B. Wilson, Esq.
           Holland & Knight, LLP
           200 S. Orange Ave., Suite 2600
           P.O. Box 1526
           Orlando, FL  32802-1526