FILED

02 JUL 23 PM 3: 32

CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CASE NO. 6:01-CV-1366-ORL-31DAB

**H.T.E., Inc., a Florida corporation,**

    **Plaintiff,**

v.

**TYLER TECHNOLOGIES, INC., a Delaware corporation,**

    **Defendant**

---

## HTE'S NOTICE OF RELIANCE ON SUPPLEMENTAL AUTHORITIES IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, H.T.E., Inc., ("HTE"), by and through its undersigned attorney, hereby serves notice of reliance on the following supplemental authorities in support of HTE's motion for partial summary judgment (Docket No. 48):

*State v. Bradford*, 787 So.2d 811, 819 (Fla. 2001) [on the point that "[W]hen the legislature has used a term... in one section of the statute but omits it in another section of the same statute, [the Courts] will not imply it where it has been excluded." And, also on the point that "the concept of reading statutes *in pari materia* does not require that elements from one subsection be carried over and inserted into another subsection even if the statutes are related."].

DATED this 23rd day of July, 2002.

                                      Respectfully submitted,

                                      BAKER & HOSTETLER LLP
                                      2300 SunTrust Center
                                      200 South Orange Avenue
                                      Post Office Box 112
                                      Orlando, FL  32802-0112
                                      Telephone:  (407) 649-4000
                                      Telecopier:  (407) 841-0168

By: _____
                                      John W. Foster, Sr.
                                      Florida Bar No. 318620
                                      Jerry R. Linscott
                                      Florida Bar No. 148009

                                      Attorneys for Plaintiff, H.T.E., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's notice of reliance of supplemental authorities has been furnished via hand delivery to: **WILLIAM B. WILSON, ESQ.**, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Post Office Box 1526, Orlando, Florida 32802-1526 this 23rd day of July, 2002.

                                      _____
                                      John W. Foster

G:\Jwf0370\25944\00001\Pleadings\FEDERAL\Notice Reliance On Supp Auth Re Sj.Doc