UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

H.T.E., Inc., a Florida corporation,

   Plaintiff,

CASE NO.: 6:01-cv-1366-Orl-31DAB

vs.

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

   Defendant.
_____/

### SUPPLEMENT TO PLAINTIFF, H.T.E., INC.'S MOTION FOR RECONSIDERATION OF THE MAGISTRATE'S ORDER OF JULY 22, 2002 GRANTING DEFENDANT, TYLER TECHNOLOGIES, INC.'S MOTION TO COMPEL DISCOVERY AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, H.T.E., INC. ("H.T.E."), by and through its undersigned counsel, hereby supplements Plaintiff, H.T.E., Inc.'s Motion for Reconsideration of the Magistrate's Order of July 22, 2002 Granting Defendant, Tyler Technologies, Inc.'s Motion To Compel Discovery and Incorporated Memorandum of Law filed August 2, 2002 ("Motion for Reconsideration"), and states as follows:

1. The footnote contained on page 2 of the Motion for Reconsideration is changed to more accurately reflect the standard set forth in the confidential settlement agreement. The footnote should state as follows: "The Settlement Agreement contains a confidentiality and non-disclosure provision which requires the parties to use their best efforts to prevent or limit its disclosure to any person not a party to the Settlement Agreement, such as Tyler."



2. On page 4 of the Motion for Reconsideration, the last sentence in the first paragraph should state, "Clearly, Tyler would not have been bound by any judgment rendered in the H.T.E./Harward lawsuit and, thus, cannot claim to be covered by the H.T.E./Harward release (particularly where both H.T.E. and the Harwards agree that Tyler is not covered within the scope of the release)."

3. Furthermore, pursuant to local rule 3.01(g), counsel for H.T.E. conferred with opposing counsel regarding the Motion for Reconsideration and counsel have been unable to agree on a resolution of the Motion.

WHEREFORE, for the reaons set forth in Plaintiff H.T.E.'s Motion for Reconsideration, and this Supplement to Motion for Reconsideration, H.T.E. respectfully requests this Court reverse the Magistrate's Order dated July 22, 2002 and deny Defendant Tyler Technologies Inc.'s Motion to Compel dated June 28, 2002.

BAKER & HOSTETLER LLP
2300 Sun Trust Center
200 South Orange Avenue
Post Office Box 112
Orlando, Florida 32802-0112
Telephone: (407) 649-4000
Telecopier: (407) 841-0168

Attorneys for Plaintiff, H.T.E., Inc.

By: _____
John W. Foster, Sr.
Florida Bar No. 318620
Robert C. Yee
Florida Bar No.0096784

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Reconsideration has been furnished via hand delivery to **WILLIAM B. WILSON, ESQ.**, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Post Office Box 1526, Orlando, Florida 32802-1526 this 5th day of August, 2002.

_____
Robert C. Yee

rcy4926\25944-Hte\00002\Pleadings\Motion for Reconsideration Supplement