

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

H.T.E., INC., a Florida corporation,

Plaintiff,

-vs-  Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

Defendant.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE MAGISTRATE'S ORDER OF JULY 22, 2002 GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY (Doc. No. 86)** |
| **FILED:** | **August 2, 2002** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

For the Court to reconsider its earlier Order, a party must do more than "relitigate that which has already been considered by the Court and found lacking." *Government Personnel Serv., Inc. v. Government Personnel Mut. Life Ins. Co.*, 759 F. Supp. 792, 793 (M.D. Fla. 1991), *aff'd*, 986 F.2d 507 (11th Cir. 1993). *See also Painewebber Income Properties Three Ltd. Partnership v. Mobil Oil Corp.*, 902 F.Supp. 1514, 1521 (M.D. Fla. 1995) (holding that a motion for reconsideration should raise new issues, not merely readdress issues litigated previously); *Cover v. Wal-Mart Stores, Inc.*, 148 F.R.D.

294, 295 (M.D. Fla. 1993) (holding that a motion for reconsideration that presents only arguments that have already been raised in opposition should be denied).

Here, Plaintiff sets forth no new facts or law warranting reconsideration of the Court's Order compelling discovery, but merely reasserts Plaintiff's conclusory opinion that because it *says* the settlement agreement is irrelevant than, by golly, it is. For the reasons explained in the Court's prior Order, the Court disagrees with Plaintiff's assertion in the instant context. As no grounds are asserted to warrant a reconsideration of the Court's ruling, the motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida this 8th day of August, 2002.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

F I L E   C O P Y

Date Printed: 08/08/2002

Notice sent to:

    ___  John W. Foster Sr., Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    ___  Jerry Ray Linscott, Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    ___  William B. Wilson, Esq.
           Holland & Knight, LLP
           200 S. Orange Ave., Suite 2600
           P.O. Box 1526
           Orlando, FL  32802-1526