FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

H.T.E., INC.,

    Plaintiff,

vs.                              CASE NO.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Michael D. Starks, Esquire, of the law firm of Holland & Knight LLP, 200 South Orange Avenue, Suite 2600, Orlando, Florida 32801, files this Notice of Appearance as co-counsel with William B. Wilson, Esquire on behalf of Defendant, TYLER TECHNOLOGIES, INC.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery this 8th day of August, 2002, to John W. Foster, Sr., Esquire, Baker & Hostetler LLP, 2300 Sun Trust Center, 200 South Orange Avenue, Post Office Box 112, Orlando, FL 32802-0122.

                                              William B. Wilson, Esquire
                                              Florida Bar No. 153167
                                              Michael D. Starks, Esquire
                                              Florida Bar No. 0086584
                                              HOLLAND & KNIGHT LLP
                                              200 S. Orange Avenue, Suite 2600
                                              Post Office Box 1526
                                              Orlando, FL 32802-1526
                                              Phone: (407)425-8500
                                              Attorneys for Defendant,
                                              Tyler Technologies, Inc.

89