FILED

02 AUG 12 PM 1:00

CLERK, U. ~ ~
MIDDLE DIS~ ~ ~ FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

H.T.E., INC., a Florida corporation,

           **Plaintiff,**

-vs-                                        Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

           **Defendant.**

## ORDER

This matter comes before the Court on Plaintiff's Motion for Partial Summary Judgment and Memorandum of Law (Docs. 48 & 49) and Defendant's Memorandum in Opposition (Doc. 53). Notwithstanding Defendant's argument that the sixty-day time limit from section 607.0902(10)(a), Florida Statutes, should be read into subsection (10)(b), the Court finds that further briefing on Defendant's argument that the Court must read a reasonable time limit into subsection 10(b) would be beneficial.

It is therefore

**ORDERED** that the parties shall submit briefs including citations to authority, not to exceed seven (7) pages in length, on the narrow issue of whether the Court should read a reasonable time limit into subsection 10(b), on or before August 22, 2002.

DONE and ORDERED in Chambers, Orlando, Florida this __12__ day of August, 2002.

                                              GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

FILE COPY

Date Printed: 08/12/2002

Notice sent to:

- John W. Foster Sr., Esq.
  Baker & Hostetler, LLP
  200 S. Orange Ave., Suite 2300
  P.O. Box 112
  Orlando, FL  32802-0112

- Jerry Ray Linscott, Esq.
  Baker & Hostetler, LLP
  200 S. Orange Ave., Suite 2300
  P.O. Box 112
  Orlando, FL  32802-0112

- William B. Wilson, Esq.
  Holland & Knight, LLP
  200 S. Orange Ave., Suite 2600
  P.O. Box 1526
  Orlando, FL  32802-1526

- Michael D. Starks, Esq.
  Holland & Knight, LLP
  200 S. Orange Ave., Suite 2600
  P.O. Box 1526
  Orlando, FL  32802-1526