

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

H.T.E., INC., a Florida corporation,

        Plaintiff,

-vs-                                  Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

        Defendant.

___

## ORDER

On August 19, 2002, Plaintiff, HTE, Inc., filed a Motion for Reconsideration (objection) to the Magistrate Judge's Order of July 22, 2002 (Doc. 81) and his Order of August 8, 2002 (Doc. 88), which granted Tyler's Motion to Compel production of the settlement agreement between HTE and the Harwards (Doc. 92). On August 30, 2002, Tyler filed its response to the Plaintiff's Motion (Doc. 96). In consideration of the above, the Court finds that Judge Baker's Orders are not clearly erroneous or contrary to law. Accordingly, it is

**ORDERED** that Plaintiff's Motion (objection) at Doc. 92 is DENIED and Judge Baker's Orders (Docs. 81 and 88) are AFFIRMED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of September, 2002.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

Date Printed: 09/17/2002

Notice sent to:

    ___ John W. Foster Sr., Esq.
        Baker & Hostetler, LLP
        200 S. Orange Ave., Suite 2300
        P.O. Box 112
        Orlando, FL  32802-0112

    ___ Jerry Ray Linscott, Esq.
        Baker & Hostetler, LLP
        200 S. Orange Ave., Suite 2300
        P.O. Box 112
        Orlando, FL  32802-0112

    ___ William B. Wilson, Esq.
        Holland & Knight, LLP
        200 S. Orange Ave., Suite 2600
        P.O. Box 1526
        Orlando, FL  32802-1526

    ___ Michael D. Starks, Esq.
        Holland & Knight, LLP
        200 S. Orange Ave., Suite 2600
        P.O. Box 1526
        Orlando, FL  32802-1526

*[handwritten initials] 9-17-02*