UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:01-CV-1366-ORL-31DAB

H.T.E., Inc., a Florida corporation,

    Plaintiff,

v.

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

    Defendant

## ORDER OF DISMISSAL OF TORT CLAIMS WITH PREJUDICE

THIS MATTER came on for consideration upon the parties' joint stipulation for dismissal of tort claims with prejudice, and this Court having considered the stipulation and being otherwise apprised in its premises, it is

ORDERED and ADJUDGED as follows:

1. Counts II and III of the SECOND AMENDED COMPLAINT and Count II of the SECOND AMENDED COUNTERCLAIM are dismissed with prejudice.

2. The declaratory judgment actions contained in Count I of the SECOND AMENDED COMPLAINT and Count I of the SECOND AMENDED COUNTERCLAIM shall remain pending for the sole purpose of obtaining a declaratory judgment on the issues of (1) whether or not Tyler is entitled to full voting rights of all of the H.T.E. common stock owned by it up to 20% of the issued and outstanding stock of H.T.E. as of the date Tyler acquired those

shares; and (2) whether or not any purchaser or transferee of shares of H.T.E. common stock that had been held by Tyler (and in which Tyler was deemed not to have voting rights), but which purchaser or transferee is not affiliated with Tyler, would have voting rights in such shares, provided that such purchaser or transferee acquired such shares in a non-control share acquisition or otherwise complied with the provisions of Sec. 607.0902, *Fla. Stat. (2001)*..

3. Each party shall bear its own attorneys' fees and costs incurred to date in or as a result of this action.

DONE and ORDERED in Chambers, Orlando, Florida, this 27 day of Sept., 2002.

_____
Gregory A. Presnell
United States District Judge

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing order was furnished via U.S. mail, postage prepaid, to **William B. Wilson, Esq.**, Holland & Knight, LLP, 200 South Orange Avenue, Suite 2600, Orlando, FL  32802 and **John W. Foster, Sr., Esq.**, Baker & Hostetler LLP, PO Box 112, Orlando, FL 32802-0112, this _____ day of _____, 2002.


_____
Judicial Assistant

F I L E   C O P Y

Date Printed: 09/30/2002

Notice sent to:

    ___    John W. Foster Sr., Esq.
            Baker & Hostetler, LLP
            200 S. Orange Ave., Suite 2300
            P.O. Box 112
            Orlando, FL  32802-0112

    ___    Jerry Ray Linscott, Esq.
            Baker & Hostetler, LLP
            200 S. Orange Ave., Suite 2300
            P.O. Box 112
            Orlando, FL  32802-0112

    ___    William B. Wilson, Esq.
            Holland & Knight, LLP
            200 S. Orange Ave., Suite 2600
            P.O. Box 1526
            Orlando, FL  32802-1526

    ___    Michael D. Starks, Esq.
            Holland & Knight, LLP
            200 S. Orange Ave., Suite 2600
            P.O. Box 1526
            Orlando, FL  32802-1526

*[handwritten: 9.30.02]*