UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



H.T.E., INC.,

    Plaintiff,

vs.                                          CASE NO.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

**DEFENDANT, TYLER TECHNOLOGIES, INC.'S,
NOTICE OF FILING DEPOSITION OF H. LYNN MOORE**

The Defendant, TYLER TECHNOLOGIES, INC., by and through its undersigned attorneys, hereby gives notice of filing of a copy of the deposition of H. LYNN MOORE taken August 6, 2002.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by ~~U.S. Mail~~ *hand delivery* this /st day of October, 2002, to John W. Foster, Sr., Esquire, Baker & Hostetler LLP, 2300 Sun Trust Center, 200 South Orange Avenue, Post Office Box 112, Orlando, FL 32802-0112.

William B. Wilson, Esquire
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526
Phone: (407)425-8500
Fax: (407)244-5288
Attorneys for Defendant,
Tyler Technologies, Inc.

ORL1 #743726 v1