FILED
10-1-02

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.: 6:01-CV-1366-Orl-31DAB

H.T.E., Inc., a Florida corporation,

    Plaintiff,

VS.

TYLER TECHNOLOGIES, INC.,

a Delaware corporation,

    Defendant.

*****************************************************************

VIDEO DEPOSITION OF H. LYNN MOORE

VOLUME 1

*****************************************************************

COPY

ANSWERS AND DEPOSITION OF H. LYNN MOORE, produced as a witness at the instance of the Plaintiff, taken in the above-styled and -numbered cause on the 6th day of August, 2002, A.D., beginning at 9:04 a.m., before Brandy Cooper, a Certified Shorthand Reporter in and for the State of Texas, in Hilton Dallas Park Cities, located at 5954 Luther Lane, Dallas, Texas, in accordance with the Federal Rules of Civil Procedure and the agreement hereinafter set forth.