UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

H.T.E., INC.,

    Plaintiff,

vs.                         CASE NO.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

**DEFENDANT, TYLER TECHNOLOGIES, INC.'S, NOTICE OF FILING DEPOSITION OF L. A. GORNTO, JR. IN SUPPORT OF TYLER'S MOTION FOR SUMMARY JUDGMENT ON H.T.E.'S AND TYLER'S DECLARATORY JUDGMENT ACTIONS**

The Defendant, TYLER TECHNOLOGIES, INC., by and through its undersigned attorneys, hereby gives notice of filing of the original deposition of L. A. GORNTO, JR., taken on August 1, 2002, in support of Tyler's Motion for Summary Judgment.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail this 4th day of October, 2002, to John W. Foster, Sr., Esquire, Baker & Hostetler LLP, 2300 Sun Trust Center, 200 South Orange Avenue, Post Office Box 112, Orlando, FL 32802-0112.

                                              William B. Wilson, Esquire
                                              Florida Bar No. 153167
                                              HOLLAND & KNIGHT LLP
                                              200 S. Orange Avenue, Suite 2600
                                              Post Office Box 1526
                                              Orlando, FL 32802-1526
                                              Phone: (407)425-8500
                                              Fax: (407)244-5288
                                              Attorneys for Defendant,
ORL1 #743473 v1                            Tyler Technologies, Inc.