UNITED STATES DISTRICT CIRCUIT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

H.T.E., INC.,

    PLAINTIFF,

VS.                CASE NO.: 6:01-CV-1366-ORL-31DAB

TYLER TECHNOLOGIES, INC.,

    DEFENDANT.

AUGUST 1, 2002
10:30 A.M.

THE DEPOSITION OF **L.A. GORNTO, JR.**, TAKEN ON BEHALF OF THE DEFENDANT, TYLER TECHNOLOGIES, INC., PURSUANT TO NOTICE OF TAKING DEPOSITION, AT BAKER & HOSTETLER, 200 SOUTH ORANGE AVENUE, SUITE 2300, ORLANDO, FLORIDA, BEFORE DEBRA M. ARTER, REGISTERED DIPLOMATE REPORTER, CERTIFIED REALTIME REPORTER AND NOTARY PUBLIC IN AND FOR THE STATE OF FLORIDA AT LARGE.

BARBARA G. PERRY & COMPANY, INC.
201 NORTH PALMETTO AVENUE
ORLANDO, FLORIDA 32802
(407) 422-2953