FILED

02 OCT 10 PM 2: 36

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

H.T.E., INC., a Florida corporation,

    Plaintiff,

-vs-                                            Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

    Defendant.
_____

## ORDER

This case is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 101). The Plaintiff will be allowed until **November 12, 2002,** to file it's responsive memorandum and any materials in opposition to the motion, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party. Milburn v. United States, 734 F.2d 762, 765 (11th Cir. 1984); See Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985) (per curiam); Fed. R. Civ. P. 56(e).

**DONE** and **ORDERED** in Chambers in Orlando, Florida this __10__ day of October, 2002.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

F I L E   C O P Y

Date Printed: 10/11/2002

Notice sent to:

    \_\_\_   John W. Foster Sr., Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    \_\_\_   Jerry Ray Linscott, Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    \_\_\_   William B. Wilson, Esq.
           Holland & Knight, LLP
           200 S. Orange Ave., Suite 2600
           P.O. Box 1526
           Orlando, FL  32802-1526

    \_\_\_   Michael D. Starks, Esq.
           Holland & Knight, LLP
           200 S. Orange Ave., Suite 2600
           P.O. Box 1526
           Orlando, FL  32802-1526

*[handwritten initials] 10/11/02*