FILED

02 NOV -4 PM 1: 04

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**H.T.E., INC.**, a Florida corporation,

        **Plaintiff,**

-vs-                            Case No.: 6:01-cv-1366-Orl-31DAB

**TYLER TECHNOLOGIES, INC.**, a
Delaware corporation,

        **Defendant.**

_____

## ORDER

Since both parties concede that the remaining issues in this case involve pure questions of law, and that no material facts are in dispute, the Court will resolve this case by summary judgment. Accordingly, it is

**ORDERED** that this case is removed from the February 2003 trial docket and the final pre-trial conference, scheduled for December 18, 2002, is cancelled.

**DONE and ORDERED** in Chambers, Orlando, Florida this ___4th___ day of November, 2002.

                                              _____
                                              GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

109

Date Printed: 11/04/2002

Notice sent to:

    ___   John W. Foster Sr., Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    ___   Jerry Ray Linscott, Esq.
           Baker & Hostetler, LLP
           200 S. Orange Ave., Suite 2300
           P.O. Box 112
           Orlando, FL  32802-0112

    ___   William B. Wilson, Esq.
           Holland & Knight, LLP
           200 S. Orange Ave., Suite 2600
           P.O. Box 1526
           Orlando, FL  32802-1526

    ___   Michael D. Starks, Esq.
           Holland & Knight, LLP
           200 S. Orange Ave., Suite 2600
           P.O. Box 1526
           Orlando, FL  32802-1526