FILED

02 DEC 11

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**H.T.E., INC.**, a Florida corporation,

        Plaintiff,

-vs-                                      Case No.: 6:01-cv-1366-Orl-31DAB

**TYLER TECHNOLOGIES, INC.**, a
Delaware corporation,

        Defendant.

___

## DECLARATORY JUDGMENT

In the Defendant's Motion for Final Summary Judgment (Doc. 101 at 4, n.3) and Plaintiff's Opposition (Doc. 108 at 18-19), the parties stipulated that if the Court found that summary judgment was not appropriate for the Defendant, the Court should enter judgment for the Plaintiff. Further, the parties agreed that the issues before the Court could be determined as a matter of law.

Therefore, in accordance with the prior Orders of this Court (Docs. 98, 100, & 110) and the stipulations of the parties, it is

**ORDERED, ADJUDGED, AND DECREED** that:

1)    Plaintiff's attempted redemption of the 5,618,952 shares of stock purchased by the Defendant in a control-share acquisition is void;

2)    The vote of the disinterested shareholders of H.T.E., Inc., not to afford voting rights to shares of stock held by the Defendant, applied to all of the 5,618,952 shares purchased by the Defendant in the control-share acquisition; and

111

3) Any subsequent bona fide purchaser of shares from the Defendant, who was not affiliated with Defendant in any manner, who did not acquire the shares from the Defendant in a control-share acquisition, and who complied with section 607.0902, Florida Statutes, would be afforded full voting rights.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11th day of December, 2002.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

F I L E   C O P Y

Date Printed: 12/11/2002

Notice sent to:

    ___  John W. Foster Sr., Esq.
         Baker & Hostetler, LLP
         200 S. Orange Ave., Suite 2300
         P.O. Box 112
         Orlando, FL  32802-0112

    ___  Jerry Ray Linscott, Esq.
         Baker & Hostetler, LLP
         200 S. Orange Ave., Suite 2300
         P.O. Box 112
         Orlando, FL  32802-0112

    ___  William B. Wilson, Esq.
         Holland & Knight, LLP
         200 S. Orange Ave., Suite 2600
         P.O. Box 1526
         Orlando, FL  32802-1526

    ___  Michael D. Starks, Esq.
         Holland & Knight, LLP
         200 S. Orange Ave., Suite 2600
         P.O. Box 1526
         Orlando, FL  32802-1526