UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

H.T.E., INC.,

    Plaintiff/Appellee,

vs.                           CASE NO.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC.,

    Defendant/Appellant.

_____/

### NOTICE OF APPEAL

NOTICE IS GIVEN that Defendant, TYLER TECHNOLOGIES, INC. ("Tyler"), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order entered in this action on December 11, 2002. The nature of the order is a final judgment in favor of Plaintiff, H.T.E., Inc.

                                       Respectfully submitted,

                                       William B. Wilson
                                       Florida Bar No. 153167
                                       HOLLAND & KNIGHT LLP
                                       200 S. Orange Avenue, Suite 2600
                                       Post Office Box 1526
                                       Orlando, FL 32802-1526
                                       Phone: (407)425-8500
                                       Fax: (407)244-5288



and _/s/ Steven L. Brannock_
Steven L. Brannock
Florida Bar No. 319651
HOLLAND & KNIGHT LLP
P.O. Box 1288
Tampa, FL 33601-1288
Phone: (813) 227-8500
Fax: (813) 229-0134

Attorneys for Defendant,
Tyler Technologies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 7TH day of January, 2003, to **John W. Foster, Sr., Esquire**, Baker & Hostetler LLP, 2300 Sun Trust Center, 200 South Orange Avenue, Post Office Box 112, Orlando, FL 32802-0122.

_/s/ Steven L. Brannock_
Steven L. Brannock

TPA1 #1241398 v3

2



FILED

02 DEC 11 PM 3: 15

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

H.T.E., INC., a Florida corporation,

Plaintiff,

-vs-  Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

Defendant.

## DECLARATORY JUDGMENT

In the Defendant's Motion for Final Summary Judgment (Doc. 101 at 4, n.3) and Plaintiff's Opposition (Doc. 108 at 18-19), the parties stipulated that if the Court found that summary judgment was not appropriate for the Defendant, the Court should enter judgment for the Plaintiff. Further, the parties agreed that the issues before the Court could be determined as a matter of law.

Therefore, in accordance with the prior Orders of this Court (Docs. 98, 100, & 110) and the stipulations of the parties, it is

**ORDERED, ADJUDGED, AND DECREED** that:

1) Plaintiff's attempted redemption of the 5,618,952 shares of stock purchased by the Defendant in a control-share acquisition is void;

2) The vote of the disinterested shareholders of H.T.E., Inc., not to afford voting rights to shares of stock held by the Defendant, applied to all of the 5,618,952 shares purchased by the Defendant in the control-share acquisition; and



3)	Any subsequent bona fide purchaser of shares from the Defendant, who was not affiliated with Defendant in any manner, who did not acquire the shares from the Defendant in a control-share acquisition, and who complied with section 607.0902, Florida Statutes, would be afforded full voting rights.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __11th__ day of December, 2002.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

Date Printed: 01/08/2003

Notice sent to:

> John W. Foster Sr., Esq.
> Baker & Hostetler, LLP
> 200 S. Orange Ave., Suite 2300
> P.O. Box 112
> Orlando, FL  32802-0112
>
> Jerry Ray Linscott, Esq.
> Baker & Hostetler, LLP
> 200 S. Orange Ave., Suite 2300
> P.O. Box 112
> Orlando, FL  32802-0112
>
> William B. Wilson, Esq.
> Holland & Knight, LLP
> 200 S. Orange Ave., Suite 2600
> P.O. Box 1526
> Orlando, FL  32802-1526
>
> Michael D. Starks, Esq.
> Holland & Knight, LLP
> 200 S. Orange Ave., Suite 2600
> P.O. Box 1526
> Orlando, FL  32802-1526

1/8/03

USCA