```
                              FILED
                         U.S. COURT OF APPEALS
                           ELEVENTH CIRCUIT

                            MAR 1 8 2003

                           THOMAS K. KAHN
                               CLERK
```

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 03-10227-DD

---

H.T.E., INC.,
a Florida corporation,

6:01CV1366

          Plaintiff-
          Counter-Defendant-
          Appellee,

versus

TYLER TECHNOLOGIES, INC.,
a Delaware corporation,

          Defendant-
          Counter-Claimant-
          Appellant.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE:   BARKETT and HULL, Circuit Judges.

BY THE COURT:

    Appellant's "Unopposed Motion to Dismiss Appeal," which is construed as a motion to dismiss this appeal with prejudice, with the parties bearing their own fees and costs, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By _____
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

March 18, 2003

Sheryl L. Loesch
Clerk, U.S. District Court
80 N. Hughey Ave, Floor 2-#218
Orlando  FL  32801

RE: 03-10227-DD       H.T.E., INC. v. Tyler Technologies, Inc.
DC DKT NO.:  01-01366 CV-6-ORL-31DAB

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nicole Jones (404) 335-6173

Encl.

DIS-4  (3-2003)