FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

03 MAR 25 PM 2: 30

CLERK, US ...
MIDDLE DIST... 
ORLANDO FLORIDA

H.T.E., INC., a Florida corporation,

        Plaintiff,

-vs-                           Case No.: 6:01-cv-1366-Orl-31DAB

TYLER TECHNOLOGIES, INC., a
Delaware corporation,

        Defendant.

## ORDER

Upon review of this file *sua sponte*, it is

**ORDERED** that the Clerk shall close this file. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __25__ day of March, 2003.

                                            GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

F I L E    C O P Y

Date Printed: 03/26/2003

Notice sent to:

    ✓  John W. Foster Sr., Esq.
        Baker & Hostetler, LLP
        200 S. Orange Ave., Suite 2300
        P.O. Box 112
        Orlando, FL  32802-0112

    ___  Jerry Ray Linscott, Esq.
        Baker & Hostetler, LLP
        200 S. Orange Ave., Suite 2300
        P.O. Box 112
        Orlando, FL  32802-0112

    ✓  William B. Wilson, Esq.
        Holland & Knight, LLP
        200 S. Orange Ave., Suite 2600
        Orlando, FL  32802-1526

    ___  Michael D. Starks, Esq.
        Holland & Knight, LLP
        200 S. Orange Ave., Suite 2600
        Orlando, FL  32802-1526